| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ISRAEL, RAUL | | | Reg #: | 43932-004 |
| Date of Birth: | ▉▉1944 | Sex: M | Race: WHITE | Facility: | MIA |
| Encounter Date: | 07/06/2020 14:37 | Provider: Cavalcanti, Selenia RN | | Unit: | C01 |

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 07/06/2020 | 14:40 MIA | 97 | Room Air | Cavalcanti, Selenia RN |

**Exam:**
  **General**
    **Affect**
      Yes: Cooperative
    **Appearance**
      Yes: Alert and Oriented x 3
    **Nutrition**
      Yes: Within Normal Limits
  **Skin**
    **General**
      Yes: Within Normal Limits
  **Eyes**
    **General**
      Yes: PERRLA
  **Pulmonary**
    **Observation/Inspection**
      Yes: Within Normal Limits
    **Auscultation**
      Yes: Clear to Auscultation
  **Cardiovascular**
    **Observation**
      Yes: Tachycardia
  **Gastrointestinal**
    **General**
      Yes: Within Normal Limits
      No: Diarrhea, Vomiting

**ASSESSMENT:**
  Other
  Suspect/probable COVID-19 case, U07.2 - Current

**PLAN:**

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-C-COVID-19 Novel Coronavirus | One Time | 07/13/2020 00:00 | Routine |

**Disposition:**
  Follow-up at Chronic Care Clinic as Needed
  Return Immediately if Condition Worsens
  Placed In Isolation
  Notify Medical Duty Officer

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ISRAEL, RAUL | | | Reg #: | 43932-004 |
| Date of Birth: | 1944 | Sex: M | Race: WHITE | Facility: | MIA |
| Encounter Date: | 07/06/2020 14:05 | Provider: | Cavalcanti, Selenia RN | Unit: | C01 |

Nursing - Protocol: Cough encounter performed at Health Services.

**SUBJECTIVE:**

    COMPLAINT  1    Provider:  Cavalcanti, Selenia RN

      Chief Complaint:  Cough
      Subjective:  Inmate complaints of cough and sore throat.
      **Pain:**    Yes
      **Pain Assessment**

| | |
|---|---|
| Date: | 07/06/2020 14:06 |
| Location: | Throat |
| Quality of Pain: | Nagging |
| Pain Scale: | 4 |
| Intervention: | evaluation |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 1-2 Days |
| Duration: | 1-2 Days |
| Exacerbating Factors: | none |
| Relieving Factors: | none |
| Reason Not Done: | |
| Comments: | |

**ROS:**

    **Nursing Protocol**

      **Cough**

        Yes: Productive cough (Describe: inmate describes as clear phlem), Known duration (Describe: 2 days), Scratchy throat, Congested, Meds, allergies & health problems reviewed, PPD status reviewed
        No: Fever, Night sweats, Unexplained weight loss, Coughing up blood

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 07/06/2020 | 14:07 MIA | 97.2 | 36.2 | Forehead | Cavalcanti, Selenia RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/06/2020 | 14:07 MIA | 107 | Via Machine | | Cavalcanti, Selenia RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 07/06/2020 | 14:07 MIA | 17 | Cavalcanti, Selenia RN |

**Blood Pressure:**

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ISRAEL, RAUL | | Reg #: | 43932-004 |
| Date of Birth: | 1944 | Sex: M   Race: WHITE | Facility: | MIA |
| Encounter Date: | 07/15/2020 13:15 | Provider: Alarcon, Inerio MD/CD | Unit: | E02 |

Physician - Follow up Visit encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT 1    Provider: Alarcon, Inerio MD/CD

Chief Complaint: GENERAL

Subjective: 76 year old inmate on isolation room due general malaise and COVID-19 test positive. Inmate denied fatigue shortness of breath, dyspnea, cough, fever, however inmate report poor appetite. Inmate alert, orient x 3.
Inmate was encouraged to eat plenty of fluids.

Pain: No

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 07/15/2020 | 13:43 MIA | 97.1 | 36.2 | | Alarcon, Inerio MD/CD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/15/2020 | 13:43 MIA | 107 | | | Alarcon, Inerio MD/CD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 07/15/2020 | 13:43 MIA | 95 | | Alarcon, Inerio MD/CD |

**Exam:**

Pulmonary
  Auscultation
    Yes: Clear to Auscultation

**ASSESSMENT:**

Confirmed case COVID-19, U07.1 - Current

**PLAN:**

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 136634-MIA | Cyanocobalamin (Vit B-12) 1000 MCG Tab | 07/15/2020 13:15 |

   **Prescriber Order:**   Take one tablet (1000 MCG) by mouth daily x 180 day(s)
   Indication:   Other vitamin B12 deficiency anemia

| 136619-MIA | Ferrous Gluconate 324 (5 GR) MG Tab | 07/15/2020 13:15 |

   **Prescriber Order:**   Take one tablet by mouth daily x 365 day(s)
   Indication:   Anemia, unspecified

| 127667-MIA | Atorvastatin 40 MG TAB | 07/15/2020 13:15 |

   **Prescriber Order:**   Take one tablet (40 MG) by mouth at bedtime x 365 day(s)
   Indication:   Hyperlipidemia, mixed

| 128678-MIA | Spironolactone 25 MG Tab | 07/15/2020 13:15 |

# Bureau of Prisons
# Health Services
# Health Problems

Reg #: 43932-004                    Inmate Name: ISRAEL, RAUL

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Current** | | | | | | |
| Other early skin lesions | | | | | | |
| 06/19/2015 15:17 EST  Silva, Alberto DMD | III | ICD-9 | 102.2 | 06/19/2015 | Current | 06/19/2015 |
| Diagnosis: Differential diagnosis to include (1) melanocytic nevus, (2) melanoma. | | | | | | |
| Hyperlipidemia, mixed | | | | | | |
| 07/08/2010 08:41 EST  Deleon-Blanco, Miguel MD | III | ICD-9 | 272.2 | 11/21/2008 | Current | 11/21/2008 |
| 11/21/2008 10:54 EST  Cintron, Miguel A MD | III | ICD-9 | 272.2 | 11/21/2008 | Current | 11/21/2008 |
| Obesity, unspecified | | | | | | |
| 12/03/2013 11:03 EST  Li, Richard MD | III | ICD-9 | 278.00 | 12/03/2013 | Current | 12/03/2013 |
| Other vitamin B12 deficiency anemia | | | | | | |
| 06/04/2014 13:23 EST  Li, Richard MD | III | ICD-9 | 281.1 | 06/04/2014 | Current | 06/04/2014 |
| Anemia, unspecified | | | | | | |
| 12/23/2009 13:18 EST  Carver, Robert M.D. | III | ICD-9 | 285.9 | 06/16/2009 | Current | 06/16/2009 |
| 06/16/2009 09:57 EST  Cintron, Miguel A MD | III | ICD-9 | 285.9 | 06/16/2009 | Current | 06/16/2009 |
| Low vision, both eyes, NOS | | | | | | |
| 06/05/2015 15:09 EST  Saint-Val, Chiraly NP | III | ICD-9 | 369.20 | 06/05/2015 | Current | 06/05/2015 |
| Seborheic dermatitis, unspecified | | | | | | |
| 09/13/2010 09:10 EST  Cacho, Jaime MLP | III | ICD-9 | 690.10 | 06/16/2009 | Current | 06/16/2009 |
| 06/16/2009 09:57 EST  Cintron, Miguel A MD | III | ICD-9 | 690.10 | 06/16/2009 | Current | 06/16/2009 |
| Dermatitis/eczema due to unspecified cause | | | | | | |
| 06/22/2011 12:47 EST  Lee, S. MD | III | ICD-9 | 692.9 | 06/22/2011 | Current | 06/22/2011 |
| Seborrheic keratosis | | | | | | |
| 12/03/2013 11:03 EST  Li, Richard MD | III | ICD-9 | 702.19 | 12/03/2013 | Current | 12/03/2013 |
| Pain in joint, multiple sites | | | | | | |
| 07/08/2010 08:49 EST  Deleon-Blanco, Miguel MD | III | ICD-9 | 719.49 | 07/08/2010 | Current | 07/08/2010 |
| Low back pain, lumbago | | | | | | |
| 12/20/2011 12:22 EST  Lee, S. MD | III | ICD-9 | 724.2 | 12/20/2011 | Current | 12/20/2011 |
| Impacted cerumen | | | | | | |

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 03/27/2019 13:26 EST  Chipi, Martha MD | | ICD-10 | H6120 | 03/27/2019 | Current | |
| Essential (primary) hypertension | | | | | | |
| 01/10/2018 15:33 EST  Alarcon, Inerio MD/CD | | ICD-10 | I10 | 01/10/2018 | Current | |
| Pneumonia, unspecified organism | | | | | | |
| 03/01/2019 16:01 EST  Alarcon, Inerio MD/CD  Flu- like symptoms complicated with CAP | | ICD-10 | J189 | 03/01/2019 | Current | |
| Constipation, unspecified | | | | | | |
| 01/25/2018 14:21 EST  Alarcon, Inerio MD/CD | | ICD-10 | K5900 | 01/25/2018 | Current | |
| Pain in unspecified joint | | | | | | |
| 12/04/2017 09:48 EST  Alarcon, Inerio MD/CD  Shoulder. | | ICD-10 | M2550 | 12/04/2017 | Current | |
| Urinary incontinence | | | | | | |
| 01/25/2018 14:21 EST  Alarcon, Inerio MD/CD | | ICD-10 | R32 | 01/25/2018 | Current | |
| Retention of urine, unspecified | | | | | | |
| 10/10/2019 11:55 EST  Chipi, Martha MD | | ICD-10 | R339 | 10/10/2019 | Current | |
| Pain, unspecified | | | | | | |
| 06/03/2016 11:14 EST  Alarcon, Inerio MD/CD  Shoulder. | | ICD-10 | R52 | 06/03/2016 | Current | |
| Abnormal finding of blood chemistry, unspecified | | | | | | |
| 03/07/2017 13:56 EST  Alarcon, Inerio MD/CD  High A1c=6.1% | | ICD-10 | R799 | 03/07/2017 | Current | |
| Confirmed case COVID-19 | | | | | | |
| 07/13/2020 13:51 EST  Funtieo, L. FNP-C | | ICD-10 | U07.1 | 07/13/2020 | Current | |
| Presence of aortocoronary bypass graft | | | | | | |
| 02/12/2018 13:20 EST  Chipi, Martha MD  December 15, 2017. | | ICD-10 | Z951 | 02/12/2018 | Current | |

## Remission

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Acute ischemic heart disease, unspecified | | | | | | |
| 02/08/2019 14:29 EST  Chipi, Martha MD  CABG x 3 Vessels- Jan 2018 | | ICD-10 | I249 | 01/11/2018 | Remission | 02/08/2019 |
| 01/11/2018 14:12 EST  Alarcon, Inerio MD/CD  "Open heart surgery" | | ICD-10 | I249 | 01/11/2018 | Current | |

# Bureau of Prisons
# Health Services
# Medication Summary
# Historical

| | | | |
|---|---|---|---|
| Complex: MIA--MIAMI FCI | | Begin Date: 07/01/2020 | End Date: 07/17/2020 |
| Inmate: ISRAEL, RAUL | | Reg #: 43932-004 | Quarter: E02-023L |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:**     Denied

## Active Prescriptions

Acetaminophen 325 MG Tab
Take one tablet (325 MG) by mouth two times a day AS NEEDED *Please purchase from commissary when these are gone if needed*
**Rx#:** 140044-MIA     **Doctor:** Paul, Wilene FNP
**Start:** 07/17/20     **Exp:** 07/24/20     **Pharmacy Dispensings:** 14 TAB in 5 days

Aspirin 81 MG EC Tab
Take one tablet (81 MG) by mouth each day
**Rx#:** 136617-MIA     **Doctor:** Alarcon, Inerio MD/CD
**Start:** 02/07/20     **Exp:** 02/06/21     **Pharmacy Dispensings:** 165 TAB in 165 days

Atorvastatin 40 MG TAB
Take one tablet (40 MG) by mouth at bedtime
**Rx#:** 136618-MIA     **Doctor:** Alarcon, Inerio MD/CD
**Start:** 02/07/20     **Exp:** 02/06/21     **D/C:** 07/16/20     **Pharmacy Dispensings:** 180 tab in 165 days

Atorvastatin 40 MG TAB
Take one tablet (40 MG) by mouth at bedtime
**Rx#:** 140013-MIA     **Doctor:** Alarcon, Inerio MD/CD
**Start:** 07/16/20     **Exp:** 07/16/21     **Pharmacy Dispensings:** 30 tab in 6 days

Cyanocobalamin (Vit B-12) 1000 MCG Tab
Take one tablet (1000 MCG) by mouth daily
**Rx#:** 136634-MIA     **Doctor:** Alarcon, Inerio MD/CD
**Start:** 02/07/20     **Exp:** 08/05/20     **D/C:** 07/16/20     **Pharmacy Dispensings:** 180 TAB in 165 days

Cyanocobalamin (Vit B-12) 1000 MCG Tab
Take one tablet (1000 MCG) by mouth daily
**Rx#:** 140014-MIA     **Doctor:** Alarcon, Inerio MD/CD
**Start:** 07/16/20     **Exp:** 01/12/21     **Pharmacy Dispensings:** 30 TAB in 6 days

Ferrous Gluconate 324 (37.5 Fe) MG Tab
Take one tablet by mouth daily
**Rx#:** 137563-MIA     **Doctor:** Alarcon, Inerio MD/CD
**Start:** 03/18/20     **Exp:** 02/11/21     **D/C:** 07/16/20     **Pharmacy Dispensings:** 120 TAB in 126 days

| | | | |
|---|---|---|---|
| Complex: MIA--MIAMI FCI | | Begin Date: 07/01/2020 | End Date: 07/17/2020 |
| Inmate: ISRAEL, RAUL | | Reg #: 43932-004 | Quarter: E02-023L |

## Active Prescriptions

Ferrous Gluconate 324 (37.5 Fe) MG Tab
Take one tablet by mouth daily
**Rx#:** 140015-MIA  **Doctor:** Alarcon, Inerio MD/CD
**Start:** 07/16/20  **Exp:** 07/16/21  **Pharmacy Dispensings:** 30 TAB in 6 days

Folic Acid 1 MG Tab
Take one tablet (1 MG) by mouth each day
**Rx#:** 136620-MIA  **Doctor:** Alarcon, Inerio MD/CD
**Start:** 02/07/20  **Exp:** 02/06/21  **Pharmacy Dispensings:** 240 TAB in 165 days

Spironolactone 25 MG Tab
Take one tablet (25 MG) by mouth twice daily
**Rx#:** 140016-MIA  **Doctor:** Alarcon, Inerio MD/CD
**Start:** 07/16/20  **Exp:** 01/12/21  **Pharmacy Dispensings:** 60 TAB in 6 days

Cholecalciferol (Vit D) 1000 UNIT (25Mcg) Tab
Take one tablet (1000 UNIT) by mouth every week
**Rx#:** 136621-MIA  **Doctor:** Alarcon, Inerio MD/CD
**Start:** 02/07/20  **Exp:** 02/06/21  **Pharmacy Dispensings:** 23.99 TAB in 165 days

| Inmate Name: | ISRAEL, RAUL | | | | Reg #: | 43932-004 |
|---|---|---|---|---|---|---|
| Date of Birth: | 1944 | Sex: M | Race: WHITE | | Facility: | MIA |
| Encounter Date: | 02/06/2020 08:21 | Provider: Alarcon, Inerio MD/CD | | | Unit: | C01 |

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 02/06/2020 | 08:27 MIA | 12 | Alarcon, Inerio MD/CD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 02/06/2020 | 08:27 MIA | 119/65 | | | | Alarcon, Inerio MD/CD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 02/06/2020 | 08:27 MIA | 98 | | Alarcon, Inerio MD/CD |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 02/06/2020 | 08:27 MIA | 70.5 | 179.1 | Alarcon, Inerio MD/CD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 02/06/2020 | 08:27 MIA | 182.0 | 82.6 | | Alarcon, Inerio MD/CD |

**Exam:**
  **Pulmonary**
    **Auscultation**
      Yes: Clear to Auscultation
  **Cardiovascular**
    **Auscultation**
      Yes: Regular Rate and Rhythm (RRR)
  **Neurologic**
    **Cranial Nerves (CN)**
      Yes: Within Normal Limits, CN 2-12 Intact Grossly
  **Mental Health**
    **Orientation**
      Yes: Within Normal Limits, Alert and Oriented x 3

**ASSESSMENT:**

Anemia, unspecified, 285.9 - Current

Dermatitis due to other specified cause, 692.89 - Resolved

Hyperlipidemia, mixed, 272.2 - Current

Low back pain, lumbago, 724.2 - Current

Acute ischemic heart disease, unspecified, I249 - Remission

Edema, unspecified, R609 - Resolved

Essential (primary) hypertension, I10 - Current

Heart failure, I509 - Resolved

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Cyanocobalamin Tablet | 02/06/2020 08:21 |
| **Prescriber Order:** | 1mg Orally Mouth - daily x 180 day(s) | |

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ISRAEL, RAUL | | | Reg #: | 43932-004 |
| Date of Birth: | 1944 | Sex: M | Race: WHITE | Facility: | MIA |
| Note Date: | 12/20/2018 15:11 | Provider: | Alarcon, Inerio MD/CD | Unit: | C01 |

Admin Note - Chart Review encounter performed at Health Services.
**Administrative Notes:**

### ADMINISTRATIVE NOTE   1         Provider:  Alarcon, Inerio MD/CD
Inmate has a history of type 2 MD.
Plan: A1c.

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-Hemoglobin A1C | Recurring | 01/01/2019 00:00 | Routine |
| Lab Tests - Short List-General-Hemoglobin A1C | Recurring | 04/01/2019 00:00 | Routine |
| Lab Tests - Short List-General-Hemoglobin A1C | Recurring | 06/30/2019 00:00 | Routine |
| Lab Tests - Short List-General-Hemoglobin A1C | Recurring | 09/28/2019 00:00 | Routine |

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:**   No

Completed by Alarcon, Inerio MD/CD on 12/20/2018 15:14