# AFFIDAVIT OF STEVEN EDELMAN, M.D.

I, Steven Edelman, M.D., attest:

1. My name is Steven Edelman. I am a physician, Board Certified in Diabetes and in Internal Medicine.

2. I am a Professor of Medicine in the Division of Endocrinology, Diabetes and Metabolism, at the University of California San Diego, since 2001, teaching, conducting research and practicing diabetes patient care within the university and the Veterans Affairs (VA) Healthcare Systems, San Diego, CA.

3. I am Director of the Clinical Clerkship Program, University of California, San Diego and the Veterans Affairs (VA) Medical Center.

4. I am the Founder, Director, and Chairman of the Board, of-Taking Control of Your Diabetes (TCOYD) www.tcoyd.org, a not-for-profit 501(c)(3) organization promoting patient education, motivation and self-advocacy via a number of informa-

tion portals (national conferences, publications, social media, television, and community programs), since 1995.

5. Attached hereto at Ex. A is a true and correct copy of my most recent CV, which accurately states my employment background in medicine, my education and training in medicine, a list of appointments and community service, academic honors and awards, professional associations, teaching experience, publications, and other related information regarding my medical background.

6. Because TCOYD is engaged in ongoing conferences around the United States, I give many presentations each year to people with type 1 and type 2 diabetes as well as health care professionals.

7. I am providing this affidavit about the risk of SARS-CoV-2 infection, also known as COVID-19, or the novel coronavirus, to persons with type 2 diabetes, because such persons held

within correctional settings are particularly vulnerable as a re-
sult of their incarceration.

8. Attached hereto at Ex. B is a true and correct copy of a form
letter prepared and published by the American Diabetes Asso-
ciation ("ADA"), which addresses concerns regarding facili-
ties that detain people with diabetes under criminal or civil
law during the COVID-19 pandemic.

9. The American Diabetes Association is recognized as a global
authority on diabetes, and is the author of the Standards of
Care for Diabetes.

10. Consistent with the position of the ADA reflected in the form
letter attached at Ex. B, I would add specifically that having
Type 2 diabetes is a significant risk factor for serious compli-
cations from COVID-19, including death.

11. Vulnerability of persons with type 2 diabetes exists both be-
cause such persons are more vulnerable to contracting

COVID-19 as a result of reduced immunity derived from their type 2 diabetes, and because such persons are more likely to suffer serious and deadly consequences of COVID-19 as a result of particular co-morbidities seen in this population.

12. Although COVID-19 is novel, the medical community has been collecting and analyzing information with regard to all patients which support the conclusion of increased risks for persons with diabetes. For example, the CDC, which publishes peer reviewed studies, and advises the government on matters of public health, reported that the risk of death for those with diabetes is 7%, a number much higher than the general populaton. (https://www.cdc.gov/coronavirus/2019-ncov/hcp/clinical-guidance-management-patients.html).

13. These risks make it especially critical that persons with type 2 diabetes to have access to the best resources to keep the glucose levels close to normal, observe strict social distancing

and maintain cleanliness, including frequent hand-washing, use of sanitizer, and the use of personal protection equipment such as masks when held in settings where they are exposed to other individuals. Wearing plastic gloves at times of potential contact with surfaces exposed to the virus is also critical.

14. The risk of complications from COVID-19 is substantially increased for those with a history of poor blood glucose control, regardless of the type of diabetes, because the immune system is compromised and individuals will not be able to fight off any type of infection, including COVID-19. Patients with poor control are also more likely to have already developed complications from their diabetes such as eye, kidney, heart and nerve disease. Having these underlying medical conditions make them more vulnerable to the serious consequences from COVID-19, including death. Death due to COVID-19 infection is more likely for those with diabetes be-

cause viral infection makes them more susceptible to pneumonia, kidney failure and diabetic ketoacidosis.

15. Persons at risk for type 2 diabetes, especially those not receiving annual blood tests from a physician, commonly go undiagnosed for years. During this time, their blood glucose management is poor because no effort is made to manage a disease that can be asymptomatic in the early stages, and has not been diagnosed, let alone treated. Many such persons are only diagnosed once they've had dangerous blood glucose levels for so long that they are already suffering consequences and complications from poor blood glucose management. It is not uncommon that a patient may have type 2 diabetes for 5 to 10 years without knowing it if not tested properly.

16. Persons entering the correctional system who already have a history of poor blood glucose management, meaning he-

moglobin a1c levels in excess of 8% over time, enter the system with increased vulnerability to COVID-19.

17. There are very few persons with type 2 diabetes who have no additional underlying medical conditions. The vast majority are overweight, which is inherent for individuals with type 2 diabetes, have high blood pressure, abnormal cholesterol levels, and underlying heart disease, or overt heart disease. Also the vast majority of persons with type 2 diabetes are older, another important risk factor for bad COVID-19 outcomes.

18. In summary, virtually all persons with type 2 diabetes, regardless of the date of diagnosis, are especially vulnerable to both contracting COVID-19, and suffering the severe consequences of COVID-19 if they are infected, with rare exception.

Signed and sworn to under the pains and penalties of perjury this 19th day of April 2020.

/s/ Steven Edelman, M.D.

Apr 19, 2020

*CURRICULUM VITAE*

# Steven V. Edelman, M.D.

**VA Address:**   Veterans Affairs Medical Center
         Department of Endocrinology and Metabolism
         3350 La Jolla Village Drive (111G)
         San Diego, California 92161
         Email: sedelman@ucsd.edu

**Mailing Address:**   Taking Control Of Your Diabetes (501c3)
         990 Highland Drive Suite 312
         Solana Beach, Ca 92075
         Email: steve@tcoyd.org

**Phone:**     Mobile:  (619) 339-3112
         Office:   (858) 755-5683
         Fax:    (858) 755-6854

**Board
Certifications:**   Diabetes, Endocrinology and Metabolism
    (1991, 2002)
         Internal Medicine
         (1986)

## EMPLOYMENT

2001 - present    **Professor of Medicine**
Division of Endocrinology, Diabetes and Metabolism,
University of California San Diego
Veterans Affairs Healthcare System, San Diego

1995-2001    **Associate Professor of Medicine**
Division of Endocrinology and Metabolism,
University of California San Diego
Veterans Affairs Healthcare System, San Diego

1991-1995    **Assistant Professor of Medicine**
Division of Endocrinology and Metabolism,
University of California San Diego

1989-1990    **Visiting Physician**
Department of Medicine,
Division of Endocrinology and Diabetes,
Chaim Sheba Medical Center, Tel Hashomer, Israel

1989-1990    **Staff Physician**
Portland Diabetes and Endocrinology Center,
Portland, Oregon

1989-1990    **Clinical Assistant Professor**
Department of Medicine,
Division of Endocrinology and Metabolism,
University of Oregon Center for Health Sciences,
Portland, Oregon

## EDUCATION

| 1987-1989 | **Research Fellowship in Diabetes and Metabolism**
University of California, San Diego
San Diego, California |
|---|---|

1987-1989     **Research Fellowship in Diabetes and Metabolism**
University of California, San Diego
San Diego, California

1986-1987     **Fellowship in Endocrinology and Metabolism**
The Lahey Clinic
Burlington, Massachusetts

1985-1986     **Clinical Fellowship in Diabetes and Metabolism**
The Joslin Clinic
Boston, Massachusetts

1982-1985     **Resident in Internal Medicine**
University of California, Los Angeles
Los Angeles, California

1978-1982     **Doctor of Medicine and Valedictorian**
University of California, Davis
Davis, California

1977-1978     **Master of Science, Biology**
University of Southern California
Los Angeles, California

1973-1977     **Bachelor of Science, Biology**
University of California, Los Angeles
Los Angeles, California

## APPOINTMENTS & COMMUNITY SERVICE

**Founder, Director, and Chairman of the Board**
Taking Control of Your Diabetes (TCOYD) www.tcoyd.org
A not-for-profit organization promoting patient education, motivation and self-advocacy via a number of information portals (national conferences, publications, social media, television, and community programs) (1995-Present)

**Director, Clinical Clerkship Program**
University of California, San Diego and the Veterans Affairs (VA) Medical Center (1995-Present)

**Director, Diabetes Care Clinic**
VA Medical Center, San Diego, CA (1995-Present)

**Research and Independent Student Project Advisor for UCSD graduate and medical students** (1995-Present)

**Therapeutic expert/speaker - FDA meetings and panels** (1998-Present)

**Journal Reviewer - current:**
> *Annals of Internal Medicine*
> *Diabetes Monitor, Journal of Clinical Investigation*
> *Journal of Clinical Endocrinology and Metabolism*
> *Diabetes Interviews*
> *Diabetes Care*
> *Diabetes*
> *Diabetologia*
> *Endocrine Practice*
> *New England Journal of Medicine*
> *Journal of Diabetes and Complications*

**Grant Reviewer, Austrian Diabetes Association** (2008-2010)

**Editor-in-Chief, Insulin** (2004-2010)

**Editor-in-Chief, Diabetes, Metabolic Syndrome & Obesity** (2002-2010)

**Director, Endocrine Fellowship Training Program**
University of California, San Diego and the VA Medical Center (1998-2005)

**Editorial Advisory Board, *Endocrine Today*** (past)

**Certification and Recertification Programs for the American Board to Internal Medicine** (past)

4

**Professional Education Committee, American Diabetes Association**
(past)

## <u>ACADEMIC HONORS AND AWARDS</u>

2015   Recipient of the Josiah Kirby Lilly, Sr. Distinguished Service Award

2013   US World Report: Top 1% of US Endocrinologists

2012   *San Diego Magazine* Top Doctors in San Diego award

2011   UC Davis School of Medicine Transformational Leadership award

2011   *AACE* Distinction in Clinical Endocrinology award

2011   *San Diego Magazine* Physicians of Exceptional Excellence award

2010   *San Diego Magazine* Physicians of Exceptional Excellence award

2009   *San Diego Magazine* Physicians of Exceptional Excellence award

2009   *ADA* Diabetes Educator of the Year

2008   *PharmaVoice* 100 of the Most Inspiring People award

2008   *San Diego Magazine* Top Doctors in San Diego County award

2007   *San Diego Magazine* Top Doctors in San Diego County award

2007   UCSD Student-Run Free Clinic Project's Community Leader award

2006   Combined Health Agencies San Diego Chapter "Health Hero" award

2006   *San Diego Magazine* Top Doctors in San Diego County award

2005   *San Diego Magazine* Top Doctors in San Diego County award

2004   *San Diego Magazine* Top Doctors in San Diego County award

2003   *San Diego Magazine* Top Doctors in San Diego County award

2002   House staff Teaching Award for Excellence Award University of California San Diego

2002   Chief Resident's Teacher of the Year Award, University of California San Diego

6

2001   Chief Resident's Teacher of the Year Award, University of California San Diego

2001   Healthcare Foundation of New Jersey's Humanism in Medicine Award

2001   Whittier Institutes Persistence Award for Public Service

2001   House staff Teaching Award for Excellence Honorable Mention, University of California San Diego

2000   House staff Teaching Award for Excellence Award, University of California San Diego

1999.  Chief Resident's Teacher of the Year Award, University of California San Diego

1996.  House staff Teaching Award for Excellence: Honorable Mention University of California, San Diego

1995   Chief Resident's Teacher of the Year Award, University of California San Diego

1995   Citation of Excellence, Cal Aggi Alumni, Association

1994.   Chief Resident's Teacher of the Year Award, University of California San Diego

1994   Distinguished Alumnus Award, University of California Davis, Medical School

1985   National Commanders Award of the Disabled American Veterans, Sepulveda Veterans Affairs Medical Center, Los Angeles, CA

1982   Ad Hoc Judicial, Honors and Awards, and Admissions Committee, University of California, Davis Medical School

1982   Valedictorian, University of California, Davis Medical School

1978   Regents Scholar, University of California

1977   Deans Honor List, University of California, Los Angeles

7

1977   Graduate cum Laude, University of California, Los Angeles

## PROFESSIONAL ASSOCIATIONS

Active Member:

> The Endocrine Society
>
> Association of Academic Professors
>
> Juvenile Diabetes Research Foundation
>
> American Diabetes Association
>
> American Association of Diabetic Educators
>
> American Physicians Fellowship
>
> Association of Clinical Endocrinologists
>
> American Society of Clinical Investigation
>
> International Diabetes Federation

## TEACHING EXPERIENCE

1995-
Present   Director, Diabetes Care Teaching Clinic
VA Medical Center, San Diego, CA

1998-2005   Director, Endocrine Fellowship Training
Program, UCSD and VA Medical Center, San Diego, CA

1998.   Co-Director, Endocrine Fellowship Training
Program, UCSD and VA Medical Center, San Diego, CA

1989-1991   Residency Education Staff
Good Samaritan Hospital, Portland, OR

1989.   Teaching Assistant
University of California, San Diego
Department of Medicine, Division of Endocrinology

8

and Metabolism, San Diego, CA

1987.        Teaching Assistant, Harvard Medical School, Department
             of Medicine, Boston, MA

1978.        Teaching Assistant, Department of Human Physiology,
             University of Southern California, Los Angeles, CA

## PUBLICATIONS

1.   Tuck ML, **Edelman SV**. Drug therapy: special concerns in the
     hypertensive diabetic. *Mod Med.* 11:48-54, 1985.

2.   **Edelman SV**, Kosofsky E, Paul R, Kozak GP. Neuro-
     osteoarthropathyb (charcot's joint) in diabetes mellitus following
     revascularization surgery. *Arc Intern Med.* 147:1504-1508, 1987.

3.   Vignati L, **Edelman SV**. Replacement of pancreatic function
     through the use of mechanical or electronic devices. In: *Organ
     Transplantation and Replacement.* G.J. Cerilli, editor. J.B. Lippincott,
     Philadelphia, PA. 680-688,1988 (book chapter).

4.   Baron AD, Brechtel G, Wallace P, **Edelman SV**. Fasting decreases
     rates of non-insulin-mediated glucose uptake in man. *J Clin
     Endocrinol Metab.* 67:532-540, 1988.

5.   Baron AD, Brechtel G, Wallace P, **Edelman SV**. Rates and tissue
     sites of non-insulin and insulin-mediated glucose uptake in humans.
     *Am J Physiol.* 255:E769-E774, 1988.

6.   Baron AD, Brechtel G, **Edelman SV**. Effects of free fatty acids on
     ketone bodies on in vivo non-insulin-mediated glucose utilization
     and production in humans. *Metabolism.* 38:1056-1061, 1989.

7.   **Edelman SV**, Witztum J. Hyperkalemia during treatment with
     HMG- CoA reductase inhibitor. *New Engl J Med.* 320:1219-1220,
     1989.

8.  Molina JM, Baron AD, **Edelman SV**, Brechtel G, Wallace P, Olefsky JM. Use of a variable tracer infusion method to determine glucose turnover in humans. *Am J Physiol.* 25(8):E16-E23, 1990.

9.  Baron AD, Laakso M, Brechtel G, Hoit B, Watt C, **Edelman SV**. Reduced postprandial skeletal muscle blood flow contributes to glucose intolerance inhuman obesity. *J Clin Endocrinol Metab.* 70:1525-1533, 1990.

10. Laakso M, **Edelman SV**, Brechtel G, Baron AD. Decreased effect of insulin to stimulate skeletal muscle blood flow in obese man: a novel mechanism for insulin resistance. *J Clin Invest.* 85:1844-52, 1990.

11. **Edelman SV**, Laakso M, Brechtel G, Wallace P, Olefsky JM, Baron AD. Kinetics of insulin-mediated and non-insulin-mediated glucose uptake in humans. *Diabetes.* 39(8):955-964, 1990.

12. Laakso M, **Edelman SV**, Olefsky JM, Brechtel G, Wallace P, Baron AD. Kinetics of in vivo muscle insulin-mediated glucose uptake in human obesity. *Diabetes.* 39(8):965-974, 1990.

13. **Edelman SV**. Intensive insulin therapy. *Diabetes Forecast* 44:40-43, 1991.

14. Baron AD, Laakso M, Brechtel G, **Edelman SV**. Reduced capacity and affinity of skeletal muscle for insulin-mediated glucose uptake in non-insulin dependent diabetic subjects: effects of insulin therapy. *J Clin Invest.* 87:1186 1194, 1991.

15. Baron AD, Laakso M, Brechtel G, **Edelman SV**. Mechanism of insulin resistance in insulin-dependent diabetes mellitus: a major role for reduced skeletal muscle blood flow. *J Clin Endocrinol Metab.* 73:637-643, 1991.

16. Henry RR, **Edelman SV**. Advances in treatment of type II diabetes mellitus in the elderly. *Geriatrics.* 47:24-30, 1992.

17. Saudek CD, Duckworth WC, Veterans Affairs Study Group, **Edelman SV**. The Department of Veterans Affairs implanted insulin pump study. *Diabetes Care*. 15:567-570, 1992.

18. Laakso M, **Edelman SV**, Brechtel G, Baron AD. Impaired insulin-mediated skeletal muscle blood flow in patients with NIDDM. *Diabetes*. 41:1076-1083, 1992.

19. Duckworth WC, Saudek CD, Henry RR, The Veterans Affairs Study Group, **Edelman SV**. Why intraperitoneal delivery of insulin with implantable pumps in NIDDM? *Diabetes*. 41:657-661, 1992.

20. Laakso M, **Edelman SV**, Brechtel G, Baron AD. Effects of epinephrine on insulin-mediated glucose uptake in whole body and leg muscle in humans: role of blood flow. *Am J Physiol*. 263:E199-E209, 1992.

21. **Edelman SV**. Diabetes mellitus: recent developments and clinical implications. In: *Manual of Endocrinology and Metabolism*. Norman Lavin, editor. Little, Brown and Company, Boston, MA. 581-586, 1994 (book chapter).

*22.* **Edelman SV**. The diabetes epidemic. *Medical Section Proceedings of the American Council of Life Insurance*. JG Pallas, editor. 1994.

23. **Edelman SV**, White D, Henry RR. Intensive insulin therapy for patients with type II diabetes. *International Diabetes Monitor*. 7(2):1-9, 1994.

24. **Edelman SV**, Henry RR. Insulin therapy for normalizing glycosylated hemoglobin in type II diabetes: application, benefits and risks. *Diabetes Review*. 3:308-334, 1995.

25. **Edelman SV**. Impaired glucose tolerance: a precursor of NIDDM or a disease entity in itself? *Diabetes News*. 26:1-5, 1995.

26. **Edelman SV**, White D, Henry RR. Intensive insulin therapy for patients with type II diabetes. *Current Opinion in Endocrinology and Diabetes*. 2:333-340, 1995.

27. Reaven P, Herold DA, Barrett JE, **Edelman SV**. Effects of vitamin E on susceptibility of LDL and LDL subfractions to oxidation and on protein glycation in NIDDM. *Diabetes Care*. 18(6):807-816, 1995.

*28.* Henry RR, **Edelman SV**. Diabetes mellitus in adults. In: *Conn's Current Therapy*. Conn HF et al, editors. 28:522-530, 1995 (book chapter).

29. DPT-1 Study Group. The Diabetes Prevention Trial-Type 1 Diabetes (DPT-1), **Edelman SV**. Implementation of screening and staging of relatives. *Transplantation Proceedings*. 27(6):3377, 1995.

30. **Edelman SV**, Henry RR. Intensive insulin treatment for patients with type II diabetes: a fundamental and clinical text. *Diabetes Mellitus*. D LeRoith, SI Taylor, JM Olefsky, editors. Lippincott -Raven JB, Philadelphia, PA. p. 647, 1996 (book chapter).

31. **Edelman SV**. Glycemic control and complications in type II diabetes: design of a feasibility trial: summary and commentary. *Diabetes Spectrum*. 9(1):47-50, 1996.

32. **Edelman SV**. New orally administered antihyperglycemic agents for the management of patients with type II diabetes and the syndrome of insulin resistance. *Endocrine Practice*. 2(4):271-275, 1996.

33. **Edelman SV**. Management of patients with diabetes by nurses with support subspecialists: summary and commentary. *Diabetes Spectrum*. 9(3):178-180,1996.

34. **Edelman SV**. New oral antidiabetic agents for the prevention and management of NIDDM. *International Diabetes Monitor*. 8(4):1-8, 1996.

35. Saudek CD, Duckworth WC, Giobbie-Hurder A, Henderson WG, Henry RR, Kelley DE, **Edelman SV**, Zieve F, Adler RA, Anderson JW, Anderson RJ, Hamilton BP, Donner TW, Kirkman MS, Morgan NA, Department of Veterans Affairs. Implantable insulin pump vs. multiple dose insulin in the treatment of non-insulin-dependent

diabetes mellitus: a randomized clinical trial. *JAMA.* 276:1322-1327, 1996.

36. Kelley DE, Henry RR, **Edelman SV**, Veterans Affairs Implantable Insulin Pump Study Group. Acute effects of intraperitoneal versus subcutaneous insulin delivery on glucose homeostasis in patients with NIDDM. *Diabetes Care.* 19(11):1237-1242, 1996.

37. **Edelman SV**, Kartun K, Nadeau DA, Prince MJ. Clinical case studies in diabetes: pearls and pitfalls. A focus on NIDDM. Volume 1.  Alain D. Baron, editor. Clinical Communications Inc., Greenwich, CT. pages 1-29, 1996.

38. **Edelman SV**, Kartun K, Prince MJ, Zimmerman BR. Clinical case studies in diabetes: pearls and pitfalls. A focus on NIDDM. Volume 2.  Alain D. Baron, editor.  Clinical Communications Inc., Greenwich, CT. pages 1-33, 1996.

39. **Edelman SV**. Troglitazone: a new and unique oral anti-diabetic agent for the treatment of type II diabetes and the insulin resistant syndrome. *Clinical Diabetes.* 15(2):60-65, 1997.

40. **Edelman SV**, Henry RR. Non-insulin-dependent diabetes mellitus. In: *Current Therapy in Endocrinology and Metabolism.* Sixth Edition.  CW Bardin, editor. Mosby-Year Book Inc. pages 430-438, 1997 (book chapter).

41. Buse JB, **Edelman SV**, Knudson. Clinical case studies in diabetes: pearls and pitfalls. A focus on NIDDM. Volume 3.  Alain D. Baron, editor. Clinical Communications Inc., Greenwich, CT. pages 1-33, 1997.

42. **Edelman SV**, Kirkman SM, Zimmerman BR. Clinical case studies in diabetes: pearls and pitfalls. A focus on NIDDM. Volume 4. Alain D. Baron, editor. Clinical Communications Inc., Greenwich, CT. pages 1-36, 1997.

43. Bagdade JD, Kelly DE, Henry RR, Eckel RH, Ritter MC, for the

Department of Veterans Affairs Implantable Insulin Pump Study Group, **Edelman SV**. Effects of multiple daily insulin injections and intraperitoneal insulin therapy on cholesteryl ester transfer and lipoprotein lipase activities in NIDDM. *Diabetes*. 46:414-420, 1997.

44.    **Edelman SV**. Type II diabetes. In: *Advances in Internal Medicine*. John Baxter, editor. Mosby-Year Book Inc. 43:449-500, 1997 (book chapter).

45.    **Edelman SV**, Kruger DF. A new look at glucose control: the case for therapy with insulin and an amylin analog. *Practical Diabetology*. 16(4):9-14, 1997.

46.    **Edelman SV**. Prescribing oral antidiabetic agents: general considerations. *Clinical Diabetes*. 16(1):37-42, 1998.

47.    **Edelman SV**. Prevention, early detection, and aggressive management of diabetic kidney disease. *Clinical Diabetes*. 16(2):77-80, 1998.

48.    The Veterans Affairs Implantable Insulin Pump Study Group. **Edelman SV**. The Veterans Affairs implantable insulin pump study: effects on cardiovascular risk factors. *Diabetes Care*. 21(10):1596-1602, 1998.

49.    Harati Y, **Edelman SV**, Greene D, Raskin P, Cornblath D, Donofrio P, Swenson M, Kamin M. Efficacy of tramadol for the treatment of the pain of diabetic neuropathy. *Neurology*. 50(6):1842-1846, 1998.

50.    **Edelman SV**. The importance of glucose control. *Med Clin North Am*. 82:665-672, 1998 (book chapter).

51.    Ramlo-Halsted BA, **Edelman SV**. The natural history of type 2 diabetes. *Primary Care Clinics of North America*. 26:771-789, 1998 (book chapter).

52. **Edelman SV**. A practical approach to combination therapy: daytime oral agent(s) and bedtime NPH insulin. *Clinical Diabetes.* 17(3):100-102, 1999.

53. The Diabetes Prevention Program Research Group, **Edelman SV**. Design and methods for a clinical trial in the prevention of type 2 diabetes. *Diabetes Care.* 22(4):623-634, 1999.

54. Ramlo-Halsted BA, **Edelman SV**. The natural history of type 2 diabetes: practical points to consider in developing prevention and treatment strategies. *Clinical Diabetes.* 18(2):80-82, 2000.

55. **Edelman SV**, Callahan P, Deeb L. Multisite evaluation of a new diabetes self-test for glucose and glycated protein (fructosamine). *Diabetes Technol Ther.* 2(2):231-236, 2000.

56. **Edelman SV**. Insulin pump therapy: a practical tool for treating persons with Type 1 and insulin-requiring type 2 diabetes. In: *Medical Management of Diabetes Mellitus.* Marcel Dekker, Inc. 309-323, 2000 (book chapter).

57. Mudaliar S, **Edelman SV**. Intensive insulin therapy for patients with type 2 diabetes mellitus. *Diabetes Mellitus - A Fundamental and Clinical Text.* Second Edition. D LeRoith, SI Taylor, JM Olefsky, editors. J.B. Lippincott -Raven, Philadelphia, PA. Chapter 83, pages 811-836, 2000 (book chapter).

58. Chu NV, **Edelman SV**. Quality of life in tightly controlled type 2 diabetics. *International Diabetes Monitor.* 12(2):15-16, 2000.

59. Wolosin JD, **Edelman SV**. Diabetes and the gastrointestinal tract. *Clinical Diabetes.* 18(4):148-151, 2000.

60. The Diabetes Prevention Program Research Group, **Edelman SV**. Baseline characteristics of the randomized cohort. *Diabetes Care.* 23(11):1619-1629, 2000.

61. Harati Y, Gooch C, Swenson M, **Edelman SV**, Greene D, Raskin P,

Donofrio P, Cornblath D, Olson WH, Kamin M. Maintenance of the long-term effectiveness of tramadol in treatment of the pain of diabetic neuropathy. *J Diabetes Complications*. 14:65-70, 2000.

62. Mather K, Laakso M, **Edelman SV**, Hook G, Baron A. Evidence for physiological coupling of insulin-mediated glucose metabolism and limb blood flow. *Am J Physiol Endocrinol Metab*. 279:E1264-E1270, 2000.

63. The Diabetes Prevention Program Study Group, **Edelman SV**. The diabetes prevention program baseline characteristics of the randomized cohort. *Diabetes Care*. 23(11):1619-1629, 2000.

64. Greenbaum CJ, Schatz DA, Cuthbertson D, Zeidler A, Eisenbarth GS, Krischer JP, The Diabetes Prevention Trial-Type 1 Study Group, **Edelman SV**. Islet cell antibody-positive relatives with human leukocyte antigen DQA1*0102, DQB1*0602: identification by the diabetes prevention trial-type 1. *J Clin Endocrinol Metab*. 85:1255-1260, 2000.

65. Greenbaum CJ, Cuthbertson D, Krischer JP, The Diabetes Prevention Trial of Type 1 Diabetes Study Group, **Edelman SV**. Type 1 diabetes manifested solely by 2-h oral glucose tolerance test criteria. *Diabetes*. 50:470-476, 2001.

66. Plodkowski RA, **Edelman SV**. Pre-surgical evaluation of diabetic patients. *Clinical Diabetes*. 19(2):92-94, 2001.

67. Pitzer KR, Desai S, Dunn T, **Edelman SV**, Jayalakshmi Y, Kennedy J, Tamada JA, Potts RO. Detection of hypoglycemia with the GlucoWatch Biographer. *Diabetes Care*. 24:881-885, 2001.

68. Kim RP, **Edelman SV**. Musculoskeletal complications of diabetes mellitus. *Clinical Diabetes*. 19(3):132-135, 2001.

69. Gilbert H, **Edelman SV**. Randomized trial of fructosamine home monitoring in patients with diabetes. *Eff Clin Pract*. 1(1):251, 2001.

70.   **Edelman SV**. Watching your glucose with the GlucoWatch. *Diabetes Technol Ther*. 3(2):283-284, 2001.

71.   **Edelman SV**. Does measuring fructosamine help patients with diabetes? *Eff Clin Pract*. 4(4):189-190, 2001.

72.   Bremer T, **Edelman SV,** Gough DA. Benchmark data from the literature for evaluation of new glucose sensing technologies. *Diabetes Technol Ther*. 3(3):409-417, 2001.

73.   **Edelman SV**, Bell JM, Serrano RB, Kelemen D. Home testing of fructosamine improves glycemic control in patients with diabetes. *Endocr Pract*. 7(6):454-458, 2001.

74.   Chau D, **Edelman SV**. Clinical management of diabetes in the elderly. *Clinical Diabetes*. 19(4):172-175, 2001.

75.   Mudaliar S, **Edelman SV**. Insulin therapy in type 2 diabetes. *Endocrinol Metab Clin North Am*. 30(4):935-982, 2001.

76.   Chu N, **Edelman SV**. Diabetes and erectile dysfunction. *Clinical Diabetes*. 19(1):45-47, 2001.

77.   Plodkowski RA and **Edelman SV**. Cost effectiveness of tightly controlled type 2 diabetes. *International Diabetes Monitor*. 13:11-14, 2001.

78.   Chase HP, Cuthbertson DD, Dolan LM, Kaufman F, Krischer JP, Schatz DA, White NH, Wilson DM, Wolfsdorf J, The Diabetes Prevention Trial-Type 1 Study Group, **Edelman SV**. First-phase insulin release during the intravenous glucose tolerance test as a risk factor for type 1 diabetes. *J Pediatr*. 138:244-249, 2001.

79.   Yu L, Cuthbertson DD, Maclaren N, Jackson R, Palmer JP, Orban T, Eisenbarth GS, Krischer JP, DPT-1 Participating Investigators, **Edelman SV**. Expression of GAD65 and islet cell antibody (ICA512) autoantibodies among cytoplasmic ICA+ relatives is associated with eligibility for the diabetes prevention trial-type 1. *Diabetes*. 50(8):1735-1740, 2001.

80. Plodkowski RA, **Edelman SV**. The state of insulin pump therapy-2002. *Current Opinion in Endocrinology and Diabetes.* 9(4):329-337, 2002.

81. Chu N, **Edelman SV**. Erectile dysfunction and diabetes. *Curr Diab Rep.* 2(1):60-66, 2002.

82. Diabetes Prevention Program Research Group, **Edelman SV**. Reduction in the incidence of type 2 diabetes with lifestyle intervention or metformin. *N Engl J Med.* 346(6):393-403, 2002.

83. **Edelman SV**, Weyer C. Unresolved challenges with insulin therapy in type 1 and type 2 diabetes: Potential benefit of replacing amylin, a second β-cell hormone. *Diabetes Technol Ther.* 4(2):175-189, 2002.

84. Chau DL, **Edelman SV**. Osteoporosis and diabetes. *Clinical Diabetes.* 20(3):153-157, 2002.

85. The Diabetes Prevention Program Research Group, **Edelman SV**. The diabetes prevention program recruitment methods and results. *Control Clinical Trial.* 23(2):157-171, 2002.

86. The Diabetes Prevention Program Research Group, **Edelman SV**. Hypertension, insulin, and proinsulin in participants with impaired glucose tolerance. *Hypertension.* 40:679-686, 2002.

87. Diabetes Prevention Trial - Type 1 Diabetes Study Group, **Edelman SV**. Effects of insulin in relatives of patients with type 1 diabetes mellitus. *N Engl J Med.* 346:1685-1691, 2002.

88. Sarno MJ, Bell J, **Edelman SV**. Pharmacokinetics and glucodynamics of rapid, short, and intermediate acting insulins: A randomized, controlled trial comparing jet injection to needle syringe. *Diabetes Technol Ther.* 4(6):863-866, 2002.

89. **Edelman SV**, Kim D. Diabetes mellitus: Recent developments and clinical implications. In: *Manual of Endocrinology and Metabolism.* Third

Edition. Norman Lavin, editor.  Lippincott Williams and Wilkins. 2002 (book chapter).

90. Krischer JP, Cuthbertson DD, Yu L, Orban T, Maclaren N, Jackson R, Winter WE, Schatz DA, Palmer JP, Eisenbarth GS, The Diabetes Prevention Trial-Type 1 Study Group, **Edelman SV**. Screening strategies for the identification of multiple  antibody positive relatives of individuals with type 1 diabetes.  *J Clin Endocrinol Metab.* 88:103-108, 2003.

91. M. Chandran, **Edelman SV**. Have insulin, will fly: Diabetes management during air travel and time zone adjustment strategies. *Clinical Diabetes.* 21(2): 82-85, 2003.

92. Tabibiazar, **Edelman SV**, Ramin. Silent ischemia in people with diabetes: A condition that must be heard.  *Clinical Diabetes* 21(1):5-9, 2003.

93. The Diabetes Prevention Program Research Group, **Edelman SV**. Effects of withdrawal from metformin on the development of diabetes in the diabetes prevention program.  *Diabetes Care.* 26(4):977-980, 2003.

94. **Edelman SV**, Chau D, Chandran M. Osteoporosis and diabetes. *Curr Diab Rep.* 3(1):37-42, 2003.

95. Chandran M, Neelima VC, **Edelman SV**. Gastrointestinal disturbances in diabetes. *Curr Diab Rep.* 3(1):43-48, 2003.

96. Epshteyn V, Morrison K, Krishnaswamy P, Kazanegra R, Clopton P, Mudaliar S., **Edelman SV**, Henry R, Maisel A. Utility of B-type natriuretic peptide (BNP) as a screen for left ventricular dysfunction in patients with diabetes.  *Diabetes Care.* 26(7):2081-2087, 2003.

97. Abraira C, Duckworth W, McCarren M, Emanuele N, Arca D, Reda D, Henderson W, participants of the VA Cooperative Study of Glycemic control and Complications in Diabetes Mellitus Type 2, **Edelman SV**. Design of  the cooperative study on glycemic control

ad complications in diabetes mellitus type 2.  *J Diabetes Complications.* 17(6):314-322, 2003.

98. Chau DL, Goldstein-Fuchs J, **Edelman SV**. Clinical decision making: Osteoporosis among patients with diabetes: an overlooked disease. *Diabetes Spectrum.* 16(3):176-182, 2003.

99. Molitch M, Fujimoto W, Hamman RF, Knowler WC, for the Diabetes Prevention Research Group, **Edelman SV**. The diabetes prevention program and its global implications.  *J Am Soc Nephrol.* 14:S103-S107, 2003.

100. The Diabetes Prevention Program Research Group, **Edelman SV**. Within trial cost-effectiveness of lifestyle intervention or metformin for the primary prevention of type 2 diabetes. *Diabetes Care.* 26(9):2518-2523, 2003.

101. **Edelman SV**. The role of the thiazolidinediones in the practical management of patients with type 2 diabetes and cardiovascular risk factors.  *Reviews in Cardiovascular Medicine.* 4(5): 51-59, 2003.

102. **Edelman SV**. BNP Levels to screen for left ventricular dysfunction. *Curr. Diab. Rep.,* 2004;4(1): 39-40.

103. Firestone DN, Jimenez-Briceno L, Reimann JO, Talavera GA, Polonsky WH, **Edelman SV**. Predictors of diabetes-specific knowledge and treatment satisfaction among Costa Ricans with type 2 diabetes.  *Diabetes Educ.* 30(2):1-25, 2004.

104. Garg SK, Schwartz S, **Edelman SV**. Improved glucose excursions using an implantable real-time continuous glucose sensor in adults with type 1 diabetes.  *Diabetes Care.* 27(3):734-738, 2004.

*105.* Plodkowski RA, **Edelman SV**. Insulin pump therapy in the management of diabetes.  *Contemporary Endocrinology: Hormone Replacement Therapy.*  A. Wayne Meikle, editor.  Second edition. Humana Press: Totowa, NJ  2003

106. Kaufman FR, Farkin-Mervis LE, Ricker A, Wherrett D, The Diabetes Prevention Trial-Type 1 Study Group. **Edelman SV**. Recruitment of subjects into the diabetes prevention trial-type 1: strategies and progress report (1994-2000).

107. Bhalla MA, Chiang A, Epshteyn VA, Kazanegra R, Bhalla V, Clopton P, Krishnaswamy P, Morrison LK, Chiu A, Gardetto N, Mudaliar S, **Edelman SV**, Henry RR, Maisel AS. Prognostic role of b-type natriuretic peptide levels in patients with type 2 diabetes. *J Amer Coll Cardiol.* 44(5):1047-1052. 2004.

108. Davis T, **Edelman SV**. Insulin Therapy in Type 2 Diabetes. *Med Clinic N Am* 88: 865-895, 2004.

109. **Edelman SV**, Hypoglycemia unawareness, the split-mix regimen, and insulin glargine conversion in a patient with long-standing type 1 diabetes. *Southern Medical Journal.* 97(4), 2004.

110. The Diabetes Prevention Program Research Group, **Edelman SV,** Achieving weight and activity goals among diabetes prevention program lifestyle participants. *Obesity Research.* 12:1426-1434, 2004.

111. **Edelman SV**, Morello CM. Hypoglycemia unawareness and type 1 diabetes. *Southern Medical Journal.* Nov 2004.

112. Garg SK, Schwartz S, **Edelman SV**. Improved glucose excursions using an implantable real-time continuous glucose sensor in adults with type 1 diabetes. *Diabetes Care.* 27(3):734-738, 2004.

113. Ciaraldi TP, Mudaliar S, Barzin A, Macievic JA, **Edelman SV**, Soo Park K, Henry RR. Skeletal muscle glut1 transporter protein expression and basal leg glucose uptake are reduced in type 2 diabetes. *J Clin Endocrinol Metab.* 90(1): 352-358, 2005.

114. The Diabetes Prevention Program Research Group, **Edelman SV**. Strategies to identify adults at high risk for type 2 diabetes. *Diabetes Care.* 28:138-144, 2005.

115. The Diabetes Prevention Program Research Group, **Edelman SV**. Prevention of type 2 diabetes with troglitazone in the Diabetes Prevention Program. *Diabetes*. 54:1150-1156, 2005.

116. The Diabetes Prevention Program Research Group, **Edelman SV**. Depression symptoms and antidepressant medicine use in Diabetes Prevention Program participants. *Diabetes Care*. 28:830-837, 2005.

117. Orchard TJ, Temprosa M, Goldberg R, Haffner S, Ratner R, Marcovina S; for the Diabetes Prevention Program Research Group, **Edelman SV**. The effect of metformin and intensive lifestyle intervention on the metabolic syndrome: The Diabetes Prevention Program randomized trial. *Ann Int Med*. 142(8):611-619, 2005.

118. **Edelman SV**, Morello CM. Strategies for insulin therapy in type 2 diabetes. *Southern Medical Journal*. 98 (3) 363-371, March 2005.

119. The Diabetes Prevention Program Research Group, **Edelman SV**. Intensive lifestyle and metformin on inflammation and coagulation in participants with impaired glucose tolerance. *Diabetes*. 54(5):1566-1572, May 2005.

120. **Edelman SV**. Postprandial glucose is important in attaining total glycemic control. *Diabetic Microvascular Complications Today*. 38-44, May/June 2005.

121. The Diabetes Prevention Program Research Group, **Edelman SV**. Effects of oral insulin in relatives of patients with type 1 diabetes. *Diabetes Care* 2005; 28:1068-1076.

122. The Diabetes Prevention Program Research Group, **Edelman SV**. Ethnicity, race and baseline retinopathy correlates in the Veterans Affairs diabetes trial. *Diabetes Care*. 28(8):1954-1958, 2005.

123. The Diabetes Prevention Program Research Group, **Edelman SV**. Role of insulin secretion and sensitivity in the evolution of type 2 diabetes in the Diabetes Prevention Program. Effects of Lifestyle Intervention and Metformin. *Diabetes*. 54:2404-2414, 2005.

124. The Diabetes Prevention Program Research Group, **Edelman SV**. Lipid, lipoproteins, c-reactive protein, and hemostatic factors at baseline in the Diabetes Prevention Program. *Diabetes Care.* 28:2472-2479, 2005.

125. Polonsky WH, Fisher L, Guzman S, Villa-Caballero L, **Edelman SV**.  Psychological insulin resistance in patients with type 2 diabetes: The scope of the problem. *Diabetes Care.* 28(10):2543-5, October 2005.

126. **Edelman SV**. Incretins: What does the future hold? *Diabetes Technology* & *Therapeutics.* 809-812, October 2005.

127. **Edelman SV**. Does a subject-administered titration algorithm of insulin and glargine improve glycemic control? *Nature Clinical Practice Endocrinology & Metabolism,* February 2006.

128. The Diabetes Prevention Program Research Group, **Edelman SV**. Lifestyle intervention is associated with lower prevalence of urinary incontinence.  *Diabetes Care.* 29:385-390, 2006.

129. Plodkowski RA, **Edelman SV**, Physiologic insulin replacement with continuous subcutaneous insulin infusion: Insulin pump therapy. *Clinical Diabetes.* 429-441, 2006.

130. The Diabetes Prevention Program Research Group, **Edelman SV**. An update on the Diabetes Prevention Program. *Endocr Pract.* 12 Suppl 1):20-24, 2006.

131. The VADT Investigators, **Edelman SV**. Control of cardiovascular risk factors in the Veterans Affairs diabetes trial in advanced type 2 diabetes. *Endocr Pract.* 12(Suppl 1):85-88, 2006.

132. Morello CM, **Edelman SV**. Exenatide:  A novel treatment approach for patients with type 2 diabetes.  *Practical Diabetology.* 25(1): 6-18, March 2006.

133. **Edelman SV**, Villa-Caballero L, Amylin replacement therapy in patients with type 1 diabetes.  *The Diabetes Educator.* 32(3):119S-127S, May/June 2006.

134. Kruse I, **Edelman SV**. Evaluation and treatment of diabetic foot ulcers. *Clinical Diabetes*. (2): 91-93, April 2006.

135. Villa-Caballero L, **Edelman SV**. Clinical effects of incretin mimetic and amylin analog hormones. *Diabetes Consult Collection*. 7-9, April 2006.

136. The Diabetes Prevention Program Research Group, **Edelman SV**. TCF7L2   Polymorphisms and progression to diabetes in the Diabetes Prevention Program, , *N Eng J Med*. 355(3)241-250, 2006.

137. Hamman RF, Wing RR, Edelstein SL, Lachin JM, Bray GA, Delahanty L, Hoskin M, Kriska AM, Mayer-Davidson EJ, Pi-Sunyer X, Regensteiner J, Venditti B, Wylie-Rosett J for The Diabetes Prevention Program Research Group, **Edelman SV**. Effect of weight loss with lifestyle intervention on risk of diabetes. *Diabetes Care*. 29:2102-2107, 2006.

138. **Edelman SV**, Darsow T, Frias JP. Pramlintide in the treatment of diabetes. *Int J Clin Pract*. (60)12:1647-1653, December 2006.

139. Raine CH, Schrock LE, **Edelman SV**, Mudaliar SR, Zhong W, Proud LJ, Parkes JL. Significant insulin dose errors may occur if blood glucose results are obtained from miscoded meters. *Diabetes Care. Journal of Diabetes Science and Technology,* March 2007.

140. **Edelman SV,** Satish G, Frias J, Magg D, Wang, Y, Zhang B, Strobel S, Lutz K, Kolterman O. A Double-blind, placebo-controlled trial assessing pramlintide treatment in the setting of intensive insulin therapy in type 1 diabetes. *Diabetes Care*. 29: 2189-2195, 2006.

141. **The Diabetes Prevention Program Research Group.** Relationship of body size and shape to the development of diabetes in the Diabetes Prevention Program. *Obesity*. 14:2107-2117, 2006.

142. **Edelman SV**, Schroeder BE, Frias JP. Pramlintide acetate in the treatment of type 2 and type 1 diabetes mellitus.  Future Drugs, Ltd.

Expert Rev. *Endocrinol. Metab.* 2(1), 2007.

143. **Edelman SV**, Dailey G, Flood T, Kuritzky L, Renda S. A Practical approach for implementation of a basal-prandial insulin therapy regimen in patients with type 2 diabetes. *Osteopathic Medicine and Primary Care*, April 2007.

144. The Diabetes Prevention Program Research Group, **Edelman SV**. Effects of the type 2 diabetes-associated PPARG P12A polymorphism on Progression to Diabetes and Response to Troglitazone. *J Clin Endo Metab.* 92(4):1502-1509, 2007.

145. Haak T, **Edelman SV**, Walter CL, Spollett G. Comparison of usability and patient preference for the new disposable insulin device SoloStar versus FlexPen, Lilly disposable pen, and a prototype pen: An open-label study. *Clinical Therapeutics.* 29(4), 2007.

146. **Edelman SV**. When glucose levels are too low: A major barrier to taking control of your diabetes. *Insulin.* 2(2), April 2007.

147. Choe C, **Edelman SV**. New therapeutic options for treating type-2 diabetes: A review of insulin analogs and premixed insulin analogs. *Journal of the National Medical Association.* 99(2) 357-367.

148. **Edelman SV**. InReview: Managing type 2 diabetes: Current goals and treatment options *PeerView Press.* June 2007.

149. Fujimoto WY, Jablonski KA, Bray GA, Kriska A, Barrett-Connor E, Haffner S, Hanson R, Hill JO, Stamm WHE, Pi-Sunyer FX for the Diabetes Prevention Program Research Group, **Edelman SV**. Body size and shape changes and the risk of diabetes in the Diabetes Prevention Program. *Diabetes.* 56:1680-1685, 2007.

150. Brauker JH, **Edelman SV**. The function of continuous glucose sensors. *Review of Endocrinology.* 20-22, May 2007.

151. Al-arouj M, Al-Magd M, Bouguerra R, Buse JB, **Edelman SV**, Fahmy M, Hafez S, Hassanein M, Ibrahim MA, Kishawi S, Al-

Madani A, Nakhi AB, Tayeb K. Recommendations for management of hyperglycemia in type 2 diabetes in the Arab countries. *Clinical Diabetes (Middle East Edition)*. 6(3), 2007.

152. **Edelman SV**. Does addition of pramlintide to basal insulin improve glycemic control in type 2 diabetes mellitus? *Nature Clinical Practice*. 4(10), 2008.

*153*. **Edelman SV**. Intensive insulin therapy in T2DM in *Contemporary Endocrinology*. P Michael Conn, editor. Humana Press, Totowa, NJ. 183-191, 2008.

154. **Edelman SV**, Villa-Caballero L. Como controlar la diabetes tipo 1 durante el embarazo. *Insulin*. 3(3), July 2008.

155. **Edelman SV**. InSight: Beyond glycemic control: managing obesity and cardiovascular disease risk for patients. *Peerview Press*. July 2008.

156. Fischer J, **Edelman SV**, Schwartz S. United States patient preference and usability for the new Disposable Insulin Device Solostar versus other disposable pens. *J Diabetes Sci Technol*. 2(6): 1157-60, November 2008.

157. Mavian A, **Edelman SV**. Type 2 diabetes – advancing insulin therapy in patients with prior experience of basal insulin plus oral agents. *US Endocrinology*. 4(1):65-69, 2008.

158. **Edelman SV**, Maier H, Wilhelm K. Pramlintide in the treatment of diabetes mellitus. *BioDrugs*. 22(6):375-386, November 2008.

159. **Edelman SV**, Schroeder B, Frias JP. Pramlintide acetate in the treatment of type 2 diabetes. *Type 2 Diabetes Principles and Practice*. 2(13), 2009.

160. The Diabetes Prevention Program Research Group. **Edelman SV**, Gluose control and vascular complications in veterans with type 2 diabetes. *New England Journal of Medicine*. 360:1-11, 2009.

*161.* Polonsky W, Fisher L, Guzman S, Sieber W, Philis-Tsimikas A, **Edelman SV**. Patient reactions to the diagnosis of type 2 diabetes in primary care: Implications for care. *Submitted for publication.*

162. Choe C, **Edelman SV**. Diabetes mellitus: Recent developments and clinical implications. *Manual of Endocrinology and Metabolism.* 685-694, 2009.

163. **Edelman, SV.** Bailey, T. Continuous glucose monitoring health outcomes. *Diabetes Technology & Therapeutics.* 2(1) S68-S74, 2009.

164. **Edelman SV.** Identifying challenges with insulin therapy and assessing treatment strategies with pramlintide. *Journal Scan* (suppl to Family Practice News & Internal Medicine News). 3-4, 2009.

165. Polonsky W, Fisher L, Guzman S, Sieber W, Philis-Tsimikas A, **Edelman SV.** Are patients' initial experiences at the diagnosis of type 2 diabetes associated with attitudes and self-management over time? *Diabetes Educator.* August 2010.

166. Chae J, **Edelman SV.** Pegylated interferon alpha-related type 1 diabetes. *Endocrine Reviews.* Suppl 1 31(3): SS2290, June 2010.

167. Bailey T, **Edelman SV.** Insulin pen use for type 2 diabetes – A clinical perspective. *Diabetes Technology & Therapeutics.* 12(1) S:86 – 97, 2010.

168. **Edelman SV,** Bode B, Bailey R, Kipnes M, Brunelle R, Chen C, Frias J. Insulin pump therapy in patients with type 2 diabetes safely improved glycemic control using a simple insulin dosing regimen, *Diabetes Technology & Therapeutics.* 12(8)627-633, 2010.

169. Kulasa K, **Edelman SV.** Saxagliptin: The evidence for its place in the treatment of type 2 diabetes mellitus. *Core Evidence.* (5) 23-37, August 2010.

170. **Edelman SV**, Bode B, Bailey T, Kipnes M, Chen X, Frias J. Continuous subcutaneous insulin infusion in patients with type 2 diabetes safely improved glycemic control using a simple insulin dosing regimen. *Diabetes Tech and Thera.* 12(8):627-633, 2010.

27

171. **Edelman SV**. Impacting diabetes care at the community level: Making the connection between patient and provider. *Diabetes Spectrum*. 23:202-206, July 2010.

172. Villa-Caballero L, Morello CM, Chynoweth M, Prieto-Rosinol A, Polonsky WH, Palinkas LA, **Edelman SV**. Ethnic differences in complementary and alternative medicine use among patients with diabetes. *Complementary Therapies in Medicine*. 18:241-248, 2010.

173. Frias JP, Bode BW, Bailey TS Kipnes MS, Brunelle R, **Edelman SV**. A 16- week open-label, multicenter, pilot study assessing insulin pump therapy in patients with type 2 diabetes suboptimally controlled with multiple daily injections. *J Diabetes Sci and Technol*. 5:887-9, 2011.

174. Polonsky WH, Hessler D, Fisher L, **Edelman SV.** A survey of blood glucose monitoring in patients with type 2 diabetes: are recommendations from health care professionals being followed? *Current Medical Research and Opinion*. 27:31-37, 2011.

175. Duckworth WC, Abraira C, Moritz TE, Davis SN, Emanuele N, Goldman S, Hayward R, Huang GD, Marks JB, Reaven PD, Reda DJ, Warren SR, Zieve FJ, **Edelman SV**; Investigators of the VADT. The duration of diabetes affects the response to intensive glucose control in type 2 subjects: the VA Diabetes Trial. *J Diabetes Complications*. 25(6):355-61, November 2011.

176. Nassar A, Cook C, **Edelman SV**. Diabetes management during travel. *Management Perspective* 2012.

177. **Edelman SV,** Bhoyrul S, Billy H, Cornell C, Okerson T. Effect of early weight loss on type 2 diabetes mellitus after 2 years of gastric banding. *Post Graduate Medicine*. 124(6)73-81, 2012.

178. Hirsh I, Amiel S, Blumr I, Bode B, **Edelamn SV,** Seley J, Verderese C, Kilpatrick E. Using multiple measures of glycemia to support individualized diabetes management: Recommendations for

clinicians, patients, and payers. *Diabetes Care*. 2012. *Submitted for publication*

179. Stauder U, Elton H, Penfomis A, **Edelman SV**. A user study comparing pen devices for administration of lixisenatide, exenatide and liraglutide. *Diabet. Med.* 30:166, 2013.

180. Schachner H, Pettus J, Stenger P, Dunne N, Pardo S, **Edelman SV**. Differences between perceived versus measured blood glucose test results in people with type 2 diabetes. To be published in *J Diabetes Sci Technol*. March 2013.

181. Herrmann K, Frias JP, **Edelman SV**, Lutz K, Shan K, Chen S, Maggs D, Kolterman OG. Pramlintide improved measures of glycemic control and body weight in patients with type 1 diabetes mellitus undergoing continuous subcutaneous insulin infusion therapy. *Postgraduate Medicine*. 123(3), 2013.

*182.* Pettus J, Irsch I, **Edelman SV**. GLP-1 agonists in type 1 diabetes. *Clin. Immunol.* 2013.

183. Polonsky WH, Fisher L, Hessler D, **Edelman SV**. Research: care delivery. What is so tough about self-monitoring of blood glucose? Perceived obstacles among patients with type 2 diabetes. *DiabeticMedicine*. DOI: 10.1111. June 2013.

184. Boland BS, **Edelman SV**, Wolosin, JD Endocrinol Metab Clin N Am 42 (2013) 809–832. http://dx.doi.org/10.1016/j.ecl.2013.07.006

*185.* Pettus J, **Edelman, SV**. Adjunctive Therapies. *The American Diabetes Association/JDRF Type 1 Diabetes Sourcebook*. (319-340). VA: American Diabetes Association. 2013.

186. **Edelman, SV**. Switching from multiple daily injections to CSII pump therapy: Insulin expenditures in type 2 diabetes. American Journal of Managed Care. 2013.

187. Dolinar RO, **Edelman SV**, Heinemann L, Home P, Goyal S, Polonsky WH, Schellekens H. Impact of biosimilar insulins on

clinical practice. J Diabetes Sci Technol 8(1):179-185. January 2014.

188. Blose JS, **Edelman SV**. The impact of nocturnal hypoglycemia on TIDM and T2DM patients. The Diabetes Educator, 1-11. April 2014.

189. **Edelman, SV**. The impact of nocturnal hypoglycemia on clinical and cost-related issues in patients with type 1 and type 2 diabetes. 40(3): 269-279. June 2014

190. Pettus J, Stenger P, Schachner HC, Dunne N, Parkes JL, Pardo S, **Edelman SV**. Testing versus guessing blood glucose values: Impact on self-care behaviors in type 2 diabetes. Curr Med Res Opin. 2014 Jun 3:1-26.

191. Santos Cavaiola T, **Edelman SV**. Inhaled insulin: A breath of fresh air? A review of inhaled insulin. Clinical Therapeutics (published online). July 2014. http://dx.doi.org/10.1016/j.clinthera.2014.06.025

192. **Edelman S**, Polonsky WH, Parkin CH. Biosimlar insulins are coming: what they are, what you need to know. Curr Med Res Opin. 2014. 1-6.

193. Sarikonda G, Sachithanantham S, Pettus J, Rodriguez-Calvo T, Phatak S, **Edelman SV**, Von Herrath M (2014) Higher proinflammatory cytokine production and spontaneous activation in some type 1 and type 2 diabetic subjects. *Clinical Immunology*. 2014 pii: 10.1016/j.clim.2014.08.007. [Epub ahead of print]

194. **Edelman SV**, Johnson J, Lui R, Glass LC. AUTONOMY: the first randomized trial comparing two patient-driven approaches to initiate and titrate prandial insulin lispro in type 2 diabetes. *Diabetes Care*. 2014;37(8):2132-2140.

195. Blumer I, **Edelman SV**. (2014). Biosimilar Insulins Are Coming: The Top 10 things You Should Know. *Clinical Focus: Diabetes and Concomitant Disorders. Postgraduate Medicine. 126(3);May 2014.*

196. Polonsky WH, Fisher L, Hessler D, **Edelman SV** (2015).

Development of a new measure for assessing glucose monitoring device-related treatment satisfaction and quality of life. *Diabetes Technol Ther*, doi:10.1089/dia.2014.0417.

197. David G, Gill M, Gunnarsson C, Shafiroff J, **Edelman SV**. (2014). Switching from Multiple Daily Injections to CSII Pump Therapy: Insulin Expenditures in Type 2 Diabetes. *Am J Manag Care. 2014;20(11):e490-497.*

198. **Edelman SV**, Capehorn M, Belton A, Alzaid A, Gamerman V, Nagel F, Lee J, Polonsky WH. (2015). Early Physician Patient Communication May Influence Patient-Reported Outcomes in Type 2 Diabetes. *Eur Med J Diabetes. 2015;(3.1):41-42.*

199. Pettus J, Price, D, **Edelman SV**. How Patients with Type 1 Diabetes Translate Continuous Glucose Monitoring data Into Diabetes Management Decisions. *AACE, Endocrine Practice Vol 21 No. 6 June 2015*

200. Morello C, Christopher ML, Ortega L, Khoan J, Rotunno T, **Edelman SV**, Henry RR, Hirsch JD. (2016). Clinical Outcomes Associated With a Collaborative Pharmacist-Endocrinologist Diabetes Intense Medical Management "Tune Up" Clinic in Complex Patients. *Annals of Pharmacotherapy, 2016, Vol50(1) 8-16.* doi:10.1177/1060028015615586

201. Pettus J, **Edelman SV**. (2015). Use of Glucose Rate of Change Arrows to Adjust Insulin Therapy Among Individuals with Type 1 Diabetes Who Use Continuous Glucose Monitoring. *Diabetes Technology & Therapeutics. Vol 18 (2), 2016. Doi: 10.1089/ dia.2015.0369.*

202. Polonsky WH, Fisher L, Hessler D, **Edelman SV**. Identifying the Worries and Concerns about Hypoglycemia in Adults with Type 2 Diabetes. *Journal of Diabetes and Its Complications (2015). http:// dx.doi.org/10.1016/j.jdiacomp.2015.08.002. 29 (online August 7, 2015)*

*1171-1176*

203. Heinemann L, Fritz I, Khatami H and **Edelman SV**. Administration of Biosimilar Insulin Analogues: Role of Devices. *Diabetic Medicine. Submitted Nov 2015.*

204. Ku, S, **Edelman SV**. What the Cardiologist Needs to Know About Medications for Type 2 Diabetes. *US Cardiology Review.* July *2016;1(2) DOI: 10.15420/usc. 2016:4:2*

205. Pettus J, **Edelman SV**. Recommendations for Using Real-Time Continuous Glucose Monitoring (rtCGM) Data for Insulin Adjustments in Type 1 Diabetes. *Journal of Diabtes Science and Technology. 1-10, 2016 Diabetes Technology Society*

206. Pettus J, **Edelman SV**. Differences in Use of Glucose Rate of Change (ROC) Arrows to Adjust Insulin Therapy Among Individuals With Type 1 and Type 2 Diabetes Who Use Continuious Glucose Monitoring (CGM). *Journal of Diabtes Science and Technology. 1-7, 2016 Diabetes Technology Society DOI 10-1177/1932296816639069*

207. Ahn D, Pettus J, **Edelman S**. Unblinded CGM Should Replace Blinded CGM in the Clinical Management of Diabetes. *Journal of Diabtes Science and Technology. 1-16, 2016 Diabetes Technology Society. DOI: 10.1177/1932296816632241*

*208.* Hirsch J, Bounthavong M, Arjmand A, Ha D, Cadiz C, Zimmerman A, Ourth H, Morreale A, **Edelman SV**, Morello C. Estimated Cost Effectiveness and Risk Reduction Associated with a Pharmacist-Led Diabetes Intense Medical Management "Tune Up" Clinic. *Journal of Managed Care and Specialty Pharmacy. In Press*

*209.* **Edelman SV**, Capehorn M, Belton A, Down S, Alzaid A, Gamerman V, Nagel F, Lee J, Polonsky WH. Physician–Patient Communication at Diagnosis of Type 2 Diabetes and its Links to

Patient Outcomes: New Results From the Global IntroDia™ Study *Diabetes, Obesity Metabolism* http://onlinelibrary.wiley.com/journal/10.1111/(ISSN)1463-1326 *Submitted for publication*

210. **Edelman, SV.** Regulation Catches Up to Reality: Nonadjunctive Use of Continuous Monitoring Data *Journal of Diabetes Science and Technology 2016 DOI: 10.1177/1932296816667749*

211. Polonsky W, Fisher L, Hessler D, **Edelman SV.** Investigating Hypoglycemic Confidence in Type 1 and Type 2 Diabetes. *Diabetes Technology & Therapeutics Volume 19, Number 1, 2017* DOI: 10.1089/dia.2016.0366

212. Jacobson T, **Edelman SV**, Galipeau N, Shields A, Mallya U, Koren A, Davidson M. Development and Content Validity of the Statin Experience Assessment Questionnaire (SEAQ). *The Patient (E-publication) December 15, 2016 DOI 10.1007/s40271-016-0211-y*

213. Polonsky W, Capehorn M, Belton A, Down S, Alzaid A, Gamerman V, Nagel F, Lee J, **Edelman SV**. Physician-Patient Communication at Diagnosis of Type 2 Diabetes and its Links to Patient Outcomes: New Results from the Global IntroDia Study. *Diabetes Research and Clinical Practice 127 (2017) 265-274*

214. Capehorn M, Polonsky WH, **Edelman SV**, Belton A, Down S, Gamerman V, Nagel F, Lee J, Alzaid A. Challenges faced by physicians when discussing the type 2 diabetes diagnosis with patients: insights from a cross-national survey (IntroDia(R)). *Diabet Med. 2017;34(8):1100-1107.*

215. **Edelman SV**, Polonsky W. Type 2 Diabetes in the Real World: The Elusive Nature of Glycemic Control. *Diabetes Care 2017 Nov; 40(11): 1425-1432*

216. Carls G, Tuttle E, Tan R, Huynh J, Yee J, **Edelman SV**, Polonsky W. Understanding the Gap Between Efficacy in Randomized Controlled Trials and Effectiveness in Real-World Use of GLP-1RA and DPP4 Therapies in Patients with Type 2 Diabetes. *Diabetes Care 2017 Nov; 40(11): 1469-1478*

217. **Edelman SV**. Taking Control Of Your Diabetes: An Innovative Approach to Improving Diabetes Care Through Educating, Motivating, and Making the Connection Between Patients and Health Care Providers. *Clin Diabetes. 2017 Dec; 35(5):333-339.*

218. **Edelman SV**, Polonsky WH. Response to Comment on Edelman and Polonsky. Type 2 Diabetes in the Real World: The Elusive Nature of Glycemic Control. *Diabetes Care. 2018 Feb; 41(2): 40:1425-1432. PMID: 29358472*

219. Pettus J, Santos Cavaiola T, **Edelman SV**. Recommendations for Initiating Use of Afrezza Inhaled Insulin in Individuals with Type 1 Diabetes. *Diabetes Technol Ther. 2018 Jun; 20(6):448-451. PMID: 29901406*

220. **Edelman SV**, Argento NB, Pettus J, Hirsch IB. Clinical Implications of Real-time and Intermittently Scanned Continuous Glucose Monitoring. *Diabetes Care. 2018 Nov; 41(11):2265-2274. PMID: 30348844.*

221. **Edelman SV**, Belton A, Down S, Alzaid A, Capehorn M, Gamerman V, Nagel F, Lee J, Emmerson J, Polonsky WH. Physician–patient communication at prescription of an additional oral drug for type 2 diabetes and its links to patient outcomes – new findings from the global IntroDia® study. *Diabetes Research and Clinical Practice. 2019 Jan; 10.1016/j.diabres.2019.01.020*

222. **Edelman SV**, Belton A, Down S, Alzaid A, Capehorn M, Gamerman V, Nagel F, Lee J, Emmerson J, Polonsky WH. Physician-patient communication at prescription of an additional oral drug for type 2 diabetes and its links to patient outcomes - new findings from the global IntroDia® study. *Diabetes Res Clin Pract. 2019 Jan 24. pii: S0168-8227(18)30824-6. doi: 10.1016/j.diabres.2019.01.020. [Epub ahead of print]*

223. Kruger DF, **Edelman SV**, Hinnen DA, Parkin CG. Reference Guide for Integrating Continuous Glucose Monitoring Into Clinical Practice. *2019* Feb; 45(1_suppl):3S-20S. PMID: 30541402.

224. Down S, Alzaid A, Polonsky WH, Belton A, **Edelman SV**, Gamerman V, Nagel F, Lee J, Emmerson J, Capehorn M . Physician experiences when discussing the need for additional oral medication with type 2 diabetes patients: insights from a cross-national study (IntroDia®). *Diabetes Res Clin Pract. 2019;148(February):179-188.*

225. Boeder S, **Edelman SV**. Sodium-glucose co-transporter inhibitors as adjunctive treatment to insulin in type 1 diabetes: A review of randomized controlled trials. *Diabetes Obes Metab.* 2019 Apr;21 Suppl 2:62-77. Review. PubMed PMID: 31081593

226. Blumer I, Novak LM, **Edelman SV**, Santos T. Transitioning to Fixed-Ratio Combination Therapy: Five Frequently Asked Questions Health Care Providers Should Anticipate From Their Patients. *Clinical Diabetes, 2019 (May).*

227. Pettus J, Kushner J, Wood R, Pang C, Paranjape S, Berria R, Deluzio A, **Edelman SV.** Adjunct Therapy on Type 1 Diabetes: a Survey to Uncover Unmet Needs and Patient Preferences Beyond HbA1c

Measures. *Diabetes Technol Ther.* 2019 May 16. PubMed PMID: 31095422.

228. Merino J, Jablonski KA, Mercader JM, Kahn SE, Chen L, Harden M, Delahanty LM, Araneta MRG, Walford GA, Jacobs SBR, Ibebuogu UN, Franks PW, Knowler WC, Florez JC; Diabetes Prevention Program Research Group **Edelman SV**. Interaction Between Type 2 Diabetes Prevention Strategies and Genetic Determinants of coronary Artery Disease on Cardiometabolic Risk Factors. Diabetes. 2019 Oct 21.. [Epub ahead of print] PubMed PMID: 31636172.

229. **Edelman SV**, Ermakova A, Xion Y, Sieradzan R, Taylor S. Persistence with Basal-Bolus Insulin Therapy in Patient with Type 2 Diabetes and Impact on Clinical and Economic Outcomes: Retrospective Claims Database Study. *Journal of Managed Care & Specialty Pharmacy*. December 2019 Vol 25 No 12

230.

## **BOOKS**

1. **Edelman SV**, Henry RR. Diagnosis and management of type II diabetes. First Edition. Professional Communications Inc., Greenwich, CT. 1997.

2. **Edelman SV**, Henry RR. Diagnosis and management of type II diabetes. Second Edition. Professional Communications Inc., Greenwich, CT. 1998.

3. **Edelman SV**, Henry RR. Diagnosis and management of type II diabetes. Third Edition. Professional Communications, Inc., Greenwich, CT. 1999.

4. **Edelman SV**. Taking control of your diabetes: a patient oriented book on diabetes. First Edition. Professional Communications Inc., Greenwich, CT. 2000.

5. **Edelman SV**, Henry RR. Diagnosis and management of type 2 diabetes. Fourth Edition. Professional Communications, Inc., Greenwich, CT. 2002.

6.   **Edelman SV**, Henry RR. Diagnosis and management of type 2 diabetes. Fifth Edition. Professional Communications, Inc., Greenwich, CT. 288 2003.

7.   Rosler J, Polonsky W, **Edelman SV.** The secret of living and loving with diabetes: Three experts answer the questions you've always wanted to ask. Surrey Books, Inc., Chicago, IL. 2004.

8.   **Edelman SV**. Taking control of your diabetes: a patient oriented book on diabetes. Second Edition. Professional Communications Inc., Greenwich, CT. 2001.

9.   Hirsch IB, **Edelman SV**. Practical management of type 1 diabetes. First Edition. Professional Communications, Inc. Greenwich, CT. 2005

10.   **Edelman SV**, Henry RR. Diagnosis and management of type 2 diabetes. Sixth Edition. Professional Communications, Inc., Greenwich, CT. 2005.

11.   **Edelman SV**, Henry RR. Diagnosis and management of type 2 diabetes. Seventh Edition. Professional Communications, Inc., Greenwich, CT. 2007.

12.   **Edelman SV**. Taking control of your diabetes: a patient oriented book on diabetes. Third Edition. Professional Communications Inc., Greenwich, CT. 2007.

13.   **Edelman SV**, Henry RR. Diagnosis and management of type 2 diabetes. Eighth Edition. Professional Communications, Inc., Greenwich, CT. 2008.

14.   **Edelman SV**, Henry RR. Diagnosis and management of type 2 diabetes. Ninth Edition. Professional Communications, Inc., Greenwich, CT. 2009.

15.   **Edelman SV**, Henry RR. Diagnosis and management of type 2 diabetes. Tenth Edition. Professional Communications, Inc., Greenwich, CT. 2010.

16. **Edelman SV**, Henry RR. Diagnosis and management of type 2 diabetes. Eleventh Edition. Professional Communications, Inc., Greenwich, CT. 2011.

17. **Edelman SV**, Henry RR. Diagnosis and management of type 2 diabetes. Twelfth Edition. Professional Communications, Inc. Greenwich, CT 2011

18. **Edelman SV**. Taking control of your diabetes: a patient oriented book on diabetes. Fourth Edition Professional Communications Inc., Greenwich, CT. 2013.

19. **Edelman SV,** Hirsch IB, Pettus, J. Practical management of type 1 diabetes. Second Edition. Professional Communications, Inc. Greenwich, CT. 2014

20. **Edelman SV**, Henry RR. Diagnosis and management of type 2 diabetes. Thirteenth Edition. Professional Communications, Inc. Greenwich, CT 2016

21. **Edelman SV**. Taking control of your diabetes: a patient oriented book on diabetes. Fifth Edition Professional Communications Inc., Greenwich, CT. 2013.

## ONLINE & AUDIO PUBLICATIONS

1. Del Prato S, **Edelman SV**, Garg SK. Current topics in diabetes mellitus CME. *Medscape Diabetes & Endocrinology Treatment Updates,* 4/5 of 60. Release date June 21, 2001. http://diabetes.medscape.com/Medscape/endocrinology.

2. Plodkowski RA, **Edelman SV**. What is the relation between hyperinsulinemia and atherosclerosis? *Medscape: Diabetes and Endocrinology.* August 2001. http://www.medscape.com/viewarticle/4124021

3.   Plodkowski RA, **Edelman SV**. Diagnosing the cardiovascular multiple metabolic syndrome. *Medscape: Diabetes and Endocrinology.* August 2001. http://www.medscape.com/viewarticle/412377.

4.   Del Prato S, **Edelman SV**, Garg SK. Current topics in diabetes mellitus. *Medscape: Diabetes and Endocrinology Treatment Updates.* 2001. http://www.medscape.com/Medscape/endocrinology/ Treatment Update/2001/tu01/public/toc-tu01.html. 2001.

5.   Plodkoswski RA, **Edelman SV**. Management of new-onset type 2 diabetes in patients presenting to an urgent-care or emergency-room setting. *Medscape: Diabetes and Endo Ask the Experts.* March 2002. http://www.medscape.com/viewarticle/428857 (online invit. article)

6.   **Edelman SV**. Conference Report – This DREAM was no nightmare: new data from the European association for the study of diabetes 42nd annual meeting. October 2006. http://www.medscape.com/viewarticle/546711?src=sr

7.   **Edelman SV**, Fonseca V, Nichols GA. Type 2 diabetes: the latest research, Volume 2. *Medscape* October 2006. http://www.medscape.com/viewprogram/6177

8.   **Edelman SV**, Chae JY. Self-monitoring of blood glucose in non-insulinusing type 2 diabetes. *MedscapeCME Diabetes & Endocrinology.* Available at http://cme.medscape.com/viewarticle/710117. Accessed on: October 9, 2009.

9.   **Edelman SV**, Kung J. Best practices in: preventing hypoglycemia by continuous glucose monitoring. *Clinical Endocrinology News* 2009. **www.clinicalendocrinologynews.com**

10.   **Edelman SV**. Diabetes mellitus: Practical strategies for improving diabetes care. *Audio-Digest Family Practice.* 57(6), February 2009.

## **MONOGRAPHS**

1. Baron AD, Gavin JR, Lebovitz HE. Spotlight on diabetes. **SV Edelman**, editor. Clinical Communications Inc., Greenwich, CT. 1989. (CD-ROM)

2. **Edelman SV**. Physiology of Glycemic Control. *Oxford Clinical Communication, Inc., Amylin Pharmaceuticals*, 1996.

3. **Edelman SV**. Diabetes - a disease in deed of greater control. *Oxford Clinical Communication, Inc., Amylin Pharmaceuticals*, 1996.

4. **Edelman SV**. Diagnosis and management of type II diabetes, First Edition. *Professional Communication, Inc.,* 1997.

5. **Edelman SV**, Henry RR. Diagnosis and management of type II diabetes, Second Edition. *Professional Communications Inc.* 1997.

6. **Edelman SV**. Postprandial hyperglycemia: implications for type 2 diabetes. *Pharmedica Communications, Inc.,* 1997.

7. **Edelman SV**. Monograph: the role of troglitazone and the clinical management of type 2 diabetes and the metabolic syndrome. *Sudler and Hennesee Inc.,* 1998.

8. **Edelman SV**. CD-ROM: Spotlight on diabetes. *Clinical Communications Inc.,* 1998.

9. **Edelman SV**. Other complications: clinical trials report. *Curr Diabetes Rep,* 2(1):47-66, 2002.

10. **Edelman SV**, Chu N. Other complications: clinical trials report. *Curr Diabetes Rep,* 3(1):35-36, 2003.

11. **Edelman SV**, Chandran M, Chu N. Gastrointestinal disturbances in diabetes. *Curr Diabetes Rep,* 3(1): 43-48, 2003.

12. **Edelman SV**. The importance of durable glycemic control in type 2 diabetes. *Interactive Network for Continuing Education.* 2002.

13.  **Edelman SV**, Mudaliar S, Riddle MC, Advances in insulin therapy: new approaches to the management of type 2 diabetes mellitus. *Medical Education Group LLC*, 2004.

14.  **Edelman SV**.  Case Study: A patient with type 2 diabetes and glucose toxicity.  *Medical Education Group LLC*.  2004.

15.  **Edelman SV**, Davidson JA, Kendall DM.  The role of postprandial glucose and oral antidiabetic agents in the management of type 2 diabetes mellitus. *MediKinetics*. 2004.

16.  **Edelman SV**, Intensive therapy with inhaled insulin in patients with type 2 diabetes.  *International Diabetes Monitor*. 17, 2005

17.  **Edelman SV,** Diabetes: focus on postprandial glucose control. *Peerview in Focus,* 2005.

18.  **SV Edelman**, D LeRoith. (editors) *Insulin: A Clinical Journal for Primary Care*. 1(1), January 2006.

19.  **Edelman SV**, Bahlawan N, Zilke T, Urbano F. Addressing Cardiometabolic Risk in Military and VA Populations. *PRIME* 2007.

20.  **Edelman SV**, Nutrition guide for clinicians, First Edition. *Physicians Committee for Responsible Medicine*. 2007

21.  **Edelman SV**, Dailey G, Flood T, Kuritzky L.  How to initiate basal-prandial insulin therapy for patients with type 2 diabetes, a reference guide for primary care physician.

22.  **Edelman SV**. Identifying challenges with insulin therapy: assessing treatment strategies with pramlintide. *Journal Scan. 2009*.

23.  **Edelman SV**. Local experts discuss managing diabetes. *PracticeShare*. 2010.

## **ABSTRACTS**

1.   Molina JM, Baron AD, **Edelman SV**, Olefsky JM. Variable tracer infusion rate improves determination of glucose turnover in man. *Clin Res*. 36:151A, 1988.

2.   **Edelman SV**, Brechtel G, Wallace P, Baron AD. Role of plasma flow to determine rates of in vivo insulin mediated glucose uptake. *Clin Res*. 36:151A, 1988.

3.   **Edelman SV**, Wallace P, Baron AD. Insulin decreases the Km and increases the Vmax for in vivo muscle glucose uptake. *Diabetes*. 37 (Suppl):90A, 1988.

4.   Laakso M, **Edelman SV**, Brechtel G, Baron AD. Kinetics of in vivo muscle glucose uptake in obesity are characterized by normal Km and reduced Vmax. *Diabetes*. 37(Suppl):14A, 1988.

5.   **Edelman SV**, Laakso M, Baron AD. Kinetics of in vivo muscle glucose uptake in non-insulin dependent diabetics are characterized by reduced capacity (Vmax) and low affinity (high Km). *Clin Res*. 37:128A, 1989.

6.   Hoit B, **Edelman SV**, Laakso M, Watt C, Baron AD. Postprandial hemodynamics: role of insulin sensitivity. *Clin Res*. 37:1284, 1989.

7.   Laakso M, **Edelman SV**, Brechtel G, Baron AD. Decreased insulin mediated glucose uptake (IMGU) in human obesity is largely due to reduced plasma flow (PF) to insulin sensitive tissues. *Diabetes*. 38 (Suppl):68A, 1989.

8.   **Edelman SV**, Laakso M, Baron AD. Kinetics of in vivo muscle glucose uptake in type II diabetes are characterized by reduced capacity (Vmax) and low affinity (high Km). *Diabetes*. 39 (Suppl):67A, 1990.

9.   Baron AD, Laakso M, Brechtel G, **Edelman SV**. Mechanisms of insulin resistance (IR) in insulin dependent diabetics (IDDM). A major role for reduced skeletal muscle blood flow. *Diabetes*. 39 (Suppl):86A, 1990.

10. Laakso M, **Edelman SV**, Brechtel G, Baron AD. Mechanism of epinephrine (Epi) induced insulin resistance (IR) in man. *Diabetes*. 39 (Suppl):22A, 1990.

11. Laakso M, **Edelman SV**, Brechtel G, Baron AD. Decreased insulin mediated glucose uptake (IMGU) in non-insulin-diabetes mellitus (NIDDM): role of blood flow. *Diabetes*. 40 (Suppl):100A, 1991.

12. Anderson JW, **Edelman SV,** Johnson NL, Duckworth WC, Saudec CD, The Implantable Insulin Pump Study Group. Glycemic control, insulin doses and weight changes with implantable insulin pump study. *Diabetes*. 42 (Suppl 1), 1993.

13. **Edelman SV**, Johnson N, Saudek CD, and the DAV Implantable Insulin Pump Study Group. A novel multi-center randomized clinical trial comparing intraperitoneal (IP) to subcutaneous (SC) insulin administration in patients with NIDDM: baseline characteristics. *Diabetes*. 42 (Suppl1), 1993.

14. **Edelman SV**. Preliminary evaluation of a novel real-time blood glucose monitor. *Diabetes*. (Suppl):160A, 1994.

15. Veterans Affairs Implantable Insulin Pump Study 344A. Veterans Affairs Study Group, VAMC Hines, IL, **Edelman SV**. Mean glycemia and hypoglycemia. *Diabetes*. (Suppl):61A, 1994.

16. Veterans Affairs Implantable Insulin Pump Study 344A. Veteran Affairs Study Group, **Edelman SV**. Study design, baseline characteristics. *Diabetes*. (Suppl):61A, 1994.

17. Veterans Affairs Study Group, Chicago, IL. Veterans Affairs Implantable Insulin Pump  (IIP) Study 344A. **Edelman SV**. Comparison of effects of implantable pumps and multiple insulin injections on metabolic and physiological parameters. *Diabetes*. (Suppl):61A, 1994.

18. Serrano RB, Champagne N, **Edelman SV**. Changing patient behavior toward self-care through intensive education, motivation and self-advocacy: an efficient and effective way to rapidly improve diabetes care. *Diabetes*. 48(Suppl1):470A, February 1996.

19. Polonsky WH, Boswell SL, **Edelman SV**. Physician attributions concerning regimen adherence in diabetes. *Diabetes*. 45 (Suppl 2):14A, 1996.

20. Baloga JM, **Edelman SV**. Use of a real-time glucose sensor (VIA model 121) for glucose clamp studies. *Diabetes*. 45 (Suppl 2):142A #519, 1996.

21. Baloga JM, **Edelman SV**. Evaluation of a real-time glucose sensor (VIA model 121) for use during glucose clamp studies. *J Investig Med*. 44(1):129A, 1996.

22. Yu A, Wu PS, **Edelman SV**. The natural history of non-insulin dependent diabetes mellitus in a Filipino migrant population. *3rd International Diabetes Federation, Western Pacific Regional Congress*, p.84, Hong Kong, September 25-28, 1996.

23. Harati Y, Gooch C, Swenson M, **Edelman SV,** Greene D, Raskin P, Donofrio P, Cornblatt D, Sachdeo R, TPS DN Study Group. A double-blind placebo-controlled trial of tramadol for the pain of diabetic peripheral neuropathy. Submitted to the International Symposium on Diabetic Neuropathy. *J Peripher Nerv Syst*. 2:270 July 1997.

24. Baxi SC, Wu P, Bactad E, **Edelman SV**. The prevalence of thyroid disorders in type 2 diabetes mellitus. *Diabetes*. 46 (Suppl 1):323A, 1997.

25. Baxi SC, Knudson P, **Edelman SV**. A novel and simplified approach to insulin therapy in obese subjects with type 2 diabetes. *Diabetes*. 46 (Suppl 1):289A, 1997.

26. Mata JE, Baloga J, **Edelman SV**. Clinical use of a continuous blood glucose monitoring system to reduce hospital stay for patients with poorly controlled diabetes. *Diabetes*. 46 (Suppl 1):152A, 1997.

27. Lucisano JY, **Edelman SV**, Quinto BD, Wong DK. Development of a biosensor-based, patient-attached blood glucose monitoring system. *Proc Am Chem Soc*. 76:256, 1997.

28. Buse J, **Edelman SV,** Neumann C. Precose resolution of optimal titration to enhance current therapies (P.R.O.T.E.C.T.) study: experience in patients with type II diabetes. *Diabetes*. 46 (Suppl 1):99A, 1997.

29. Lowry KA, Konzem SL, **Edelman SV**. Description of a primary care pharmacist role in the management of type I and type II diabetes. *International Pharmaceutical* 34:21 abstract 3412288, 1997.

30. Serrano RB, Champagne N, **Edelman SV**. Changing patient behavior towards self-care through intensive education, motivation, and self-advocacy: an efficient and effective way to rapidly improve diabetes care. *Diabetes*. 48 (Suppl 1):470A, 1999.

31. Champagne N, **Edelman SV**. Long term improvement in attitude, exercise routine, and maintenance of glucose in type I diabetes following attendance in an intensive educational and motivational program. *Diabetes*. 48 (Suppl 1):38A, 1999.

32. **Edelman SV**, Pitzer KR, Desai S, Dunn TC, Yalia J. Detection of hypoglycemia and hyperglycemia using the GlucoWatch Biographer®. *Diabetes*. 49 (Suppl 1):420P, 2000.

33. **Edelman SV**, Bell JM, Champagne N, Serrano RB. Weekly home testing of fructosamine improves glycemic control. *Diabetes*. 49 (Suppl 1):421P, 2000.

34. Champagne N, Serrano RB, **Edelman SV**. Patient's perception of care: differences between a diabetes specialist and general practitioners. *Diabetes*. 49 (Suppl 1):1357P, 2000.

35. Champagne N, Squibb, SM, **Edelman SV**. Improving diabetes care at the community level through education, motivation and self-advocacy: *Diabetes*. December 2000 (Suppl2):800P.

36. Kieren JM, Laakso M, **Edelman SV**, Hook G, Baron AD. Physiologic coupling of skeletal muscle metabolism and blood flow. *Diabetes*. 49 (Suppl 1):1840PO, 2000.

37.  Epshteyn VA, Morrison K, Krishnaswamy P, Kazanegra R, Maisel AS, Henry R, **Edelman SV**. Screening patients with diabetes mellitus for cardiac dysfunction using B-natriuretic peptide (BNP). *Diabetes.* (Suppl 2):145OR, 2001.

38.  Champagne N, Squibb SM, **Edelman SV**. Improving diabetes care at the community level through education, motivation and self-advocacy: *Diabetes.* (Suppl 2):800P, 2001.

39.  Cefalu WT, Beatty JD, Fisher JC, **Edelman SV**. Long-term continuous glucose monitor in subcutaneous tissue: accuracy results from a 25-subject study. *Diabetes.* (Suppl 2):47OR, 2002.

40.  **Edelman SV**, Bouvet M, Fisher JC, Cefalu W. Glucose sensor in the subcutaneous tissue: continuous data in patients with type 1 diabetes. *Diabetes.* (Suppl 2):48OR, 2002.

41.  Morrison KL, Maisel AS, Epshteyne VA, Henry RR, Mudaliar S, **Edelman SV**.  The use of B-type natriuretic peptide (BNP) as a screen for left ventricular dysfunction in patients with diabetes mellitus.  *Diabetes.* (Suppl 2):691P, 2002.

42.  Cefalu WT, Beatty D, Fisher JC, **Edelman SV.**  Long-Term Continuous Glucose Monitor in Subcutaneous Tissue:  Accuracy results from a 25-subject study. *Diabetes.* 51 (Suppl 2): 47-OR, 2002.

43.  **Edelman SV**, Bouvet M, Fisher J, Cefalu W.  Glucose Sensor in the Subcutaneous Tissue:  Continuous data in patients with type 1 diabetes. *Diabetes.* 51 (Suppl 2): 48-OR, 2002.

44.  Brauker J, Goode P, Carr-Brendel V, Henry R, **Edelman SV**. Use of continuous glucose monitoring alerts to better predict, prevent and treat post prandial hyperglycemia.  *Diabetes.* 52 (Suppl 1):388P, 2003.

45.  **Edelman SV**, Henry R, Polonsky W, Benci R, Platt C. Differences in characteristics between people with type 2 diabetes who use the internet for health information compared to non-diabetics using a large 2 million-person database.  *Diabetes.* 52 (Suppl 1):1119P, 2003.

46. Polonsky W, Fisher L, Dowe S, **Edelman SV**. Why do patients resist insulin therapy? *Diabetes*. 52 (Suppl 1):1811P, 2003.

47. Brauker J, Goode P, Carr-Brendel V, Henry R, **Edelman SV**. Use of continuous glucose monitoring alerts to better predict, prevent and treat post prandial hyperglycemia. *Diabetes*. 52 (Suppl 1):388P, 2003.

48. Shah J, Kirkman S, Wendell C, McCarren M, Duckworth W, Abraira C, The VADT Group, **Edelman SV.** Baseline macrovascular disease correlates in older type 2 diabetic patients in U.S. Veterans Affairs Diabetes Trial.

49. Bhalla MA, Chiang A, Epshteyn VA, Bhalla V, Kazanegra R, Clopton P, Krishnaswamy P, Morrison LK, Chiu A, Gardetto N, Mudaliar S, **Edelman SV,** Henry RR, Maisel AS. Prognostic rose of brain natriuretic peptide (BNP) levels in patients with type 2 diabetes mellitus. *J Card Failure* 10(4):S48 #111. 8th Annual Scientific Meeting of the Heart Failure Society of America, 2004.

50. Scott RS, Morrison Z, **Edelman SV**, Garg SK. Early detection of hyper and hypoglycemic excursions in subjects with type 1 diabetes using a long-term continuous glucose sensor. Submitted April 2004.

51. **Edelman SV,** Polonsky WH, Beh G. Changes in self-care behavior and improved glycemic control in people with diabetes after attending an intensive educational and motivational conference. *Diabetes*. 54 (Suppl 1): 299-OR, December 2005.

52. Bergenstal RM, Johnson ML, Anderson RL, **Edelman SV**, Kendall DM. Impact of a one-day diabetes education program on glycemic control. *Diabetes*. 54 (Suppl 1): 939P, 2005.

53. Aroda V, **Edelman SV**, Kruger D, Chen K, Lush C, Halseth A, Wang Y, Burns C, Weyer C. Perceptions of appetite and weight control associated with weight loss in pramlintide-treated obese subjects. Accepted for publication.

54. Villa-Caballero L, Huey R, Diaz-Redondo A, Polonsky W, Palinkas L, **Edelman SV.** Ethnic differences in complementary and

alternative medicine use among patients with diabetes. *Diabetes*. Submitted January 2006.

55. Isley W, **Edelman SV**, Schwartz S, Fonseca V, Mudaliar S, Skouse J, Ryan T, Henry R. Very low dose glucagon insulin induced hypoglycemia in patients with type 1 diabetes. *Diabetes*. 55 (Suppl1): 490-P, 2006.

56. Choe C, Christiansen L, **Edelman SV,** Mudaliar S, Henry R. Effects of initial use of half-maximal dose rosiglitazone-metformin combination therapy, compared with maximum dose rosiglitazone or metformin, on glucose metabolism in type 2 diabetes mellitus. *Diabetes*. 55 (Suppl1):451-P, 2006.

57. Weyer C, Fujioka K, Aroda V, **Edelman SV**, Chen K, Lush C, Wang Y, Burns C, Lutz K, McIntyre S, Kornstein J, Wintle M, Baron A. Safety, dose-tolerance and weight-related effects of pramlintide in obese subjects with or without type 2 diabetes. *Diabetes*. 56 (Suppl1): 461P, 2007.

58. **Edelman SV**, Henry R, Welles B. Nocturnal administration of very low dose glucagon in patients with type 1 diabetes reduces episodes of nocturnal hypoglycemia. *Diabetes*. 56 (Suppl 1):32-OR, 2007.

59. Jovanovic L, Ahmann A, **Edelman SV**, Fischer J, Garg S, Monfre S, Ruchti T. Human factors assessment for measuring glucose non-invasively. *Diabetes*. 56 (Suppl 1):33-OR, 2007.

60. **Edelman SV**, Lush C, Kesty N, Burns C, Weyer C, Frias J. Progressive reduction in body weight with pramlintide therapy in obese subjects with type 2 diabetes treated with diet and exercise and/or metformin. *Diabetes*. 56 (Suppl 1):1826-P.

61. **Edelman SV**, Bourdette SL, Stremel J. Increase of health and self-care knowledge in people with diabetes and their significant others after attending an intensive one-day educational conference. *Diabetes*. 57(Suppl 1):2355P, 2008.

62. **Edelman SV**, Bode BW, Bailey TS, Kipnes MS, Chen X, Frias JP. Continuous subcutaneous insulin infusion in patients with type 2 diabetes safely improved glycemic control using a simple insulin dosing regimen. *Diabetologia*. 52(Suppl 1):S370, 2009.

63. **Edelman SV**, Bailey TS. Continuous glucose monitoring health outcomes. *Diabetes Technology & Therapeutics*. 11(Suppl1 ), 2009.

64. **Edelman SV**, Bode BW, Bailey TS, Kipnes MS, Frias JP. Continuous subcutaneous insulin infusion in patients with type 2 diabetes safely improved glycemic control using a simple insulin dosing regimen, *Diabetes*. 58(Suppl 1): 428P, 2009.

65. Hibberd R, Vendenberg BR, **Edelman SV**. Assumptive worldview and religious coping with type 2 diabetes. *Diabetes*. 58(Suppl 1):1837-P, 2009.

66. Chen X, Frias JP, **Edelman SV**, Peyrot M, Rubin R. Continuous sub-cutaneous insulin infusion improved glycemic control and health-related quality of life (HRQoL) in type 2 diabetes mellitus. *Diabetologia*. 52 (Suppl 1):S369, 2009.

67. **Edelman SV**, Bode B, Bailey T, Kipnes M, Brunelle R, Chen X, Frias, J. Assessment of continuous glucose monitoring data in insulin pump treated patients with type 2 diabetes. *Diabetes*. 59(Suppl 1):2067-PO, 2010.

68. Frias JP, **Edelman SV**, Bode B, Bailey T, Kipnes M, Brunelle R, Chen X. Insulin pump therapy safely improved glycemic control and patient reported outcomes in patients with type 2 diabetes suboptimally controlled with multiple daily injections. Accepted for poster presentation at the 46th EASD annual meeting, Stockholm, Sweden.

69. Frias JP, **Edelman SV,** Bode BW, Bailey TS, Kipnes MS. An assessment of 16 weeks of insulin pump therapy in elderly patients with type 2 diabetes. Presented at the 20th Annual Meeting of the American Association of Clinical Endocrinologists. San Diego. CA April 2011. Abstract #220.

70. Continuous subcutaneous insulin infusion in type 2 diabetes: Reductions in A1C, Mean Glucose, and Variability. ADA Scientific Sessions 2011. Accepted for poster presentation at EASD. May 2011.

71. Rodbard HW, Schnell O, Unger J, **Edelman SV**, Rees C, Parkin C, Jelsovsky Z, Amstutz L, Wegmann N, Petersen B, Schweitzer MA, Wagner RS. Decision support tools dramatically improve clinicians' ability to interpret structured SMBG data. *Diabetes,* 2011.

72. Morello CM, Hirsch J, Christopher M, Chynoweth M, Nguyen N, Chung P, **Edelman SV**. Preliminary outcomes of a pharmacist-endocrinologist led diabetes intense medial management and educational clinic within a veteran population. *Diabetes*. 59(Suppl 1):1054-P, 2012.

73. Stauder U, Elton H, **Edelman SV**. A user study comparing pen devices for administration of lixisenatide, exenatide and lirgalutide. Submitted for Publication onOasis, The Online Abstract Submission System. EASD. April 2012.

74. **Edelman SV**, Pettus J, Greer J, Stenger P, Schachner HC, Dunne N, Parkes, JL, Pardo, S. Impact on diabetes behaviors: knowing versus guessing blood glucose values. EASD 2012 TCOYD. May 23-27, 2012; Philadelphia, PA. To be published in *Diabetologia*

75. **Edelman SV**, Williams M, Polonsky, W. Making the connection between patient and health care professional (HCP): An innovative approach towards improving diabetes care. *Diabetes*. 61(Suppl 1): 806-P, 2012.

76. Pettus J, Greer J, Stenger P, Schachner H, Dunne N, Parkes JL, Pardo S, **Edelman SV**. Differences between perceived versus measured blood glucose test results in people with type 2 diabetes. *Diabetes*. 61(Suppl 1): A218-861-P, 2012.

77. Pettus J, Greer J, Stenger P, Schachner H, Dunne N, Parkes JL, Pardo S, **Edelman SV**. Differences between perceived versus

measured blood glucose results in people with type 2 diabetes. Presented at the 39th Annual Meeting of American Association of Diabetes Educators; August 1-4, 2012; Indianapolis, IN. 2012.

78. Pettus J, Greer J, Stenger P, Schachner HC, Dunne N, Parkes JL, Pardo S, **Edelman SV**. Differences between perceived versus measured blood     glucose test results in people with type 2 diabetes. *Can J Diabetes*. 36(5):S43-S44 2012.

79. Pettus J, Greer J, Stenger P, Schachner HC, Dunne N, Parkes JL, Pardo S, **Edelman SV**. Impact on diabetes behaviors: knowing versus guessing blood glucose values. Presented at: the 21st Annual Scientific and Clinical Congress of the American Association of Clinical Endocrinologists; May 23-27, 2012; Philadelphia, PA. 2012.

80. **Edelman SV**, Pettus J, Greer J, Stenger P, Schachner HC, Dunne N, Parkes JL, Pardo S. Impact on diabetes behaviors: knowing versus guessing blood glucose values. *Diabetologia*. 55(suppl1):S408-993, 2012.

81. **Edelman SV**, Williams M, Polonsky W. Making the connection between patient and health care professional (HCP): An innovative approach towards improving diabetes care. Presented at: the 72nd Scientific sessions; June 8-12, 2012; Philadelphia, PA. 2012.

82. Stauder U, Elton H, Penfornis A, **Edelman SV**. A user study comparing pen devices for administration of lixisenatide, exenatide and liraglutide. To be presented at: Diabetes UK Professional Conference; March 13-15, 2013, Manchester Central, Manchester. 2013.

83. **Edelman SV**, Johnson J, Liu R, Glass L. The AUTONOMY Study. Initiating and Adjusting Lispro Therapy in Patients with Type 2 Diabetes Mellitus Not Adequately Controlled on Basal Insulin Therapy and Oral Agents [abstract]. *Diabetes*. 2013;62(Suppl 1):LB12.

84. **Edelman SV**, Johnson J, Liu R, Deschamps K, Glass L. Two Prandial Insulin Approaches for Achieving Adequate Glycaemic Control in Patients Not at Goal HbA1c on Basal Insulin Plus Oral

Agents Alone:  The AUTONOMY Study [abstract]. *Diabetologia*. 2013;56(Suppl1):S411.

85.  **Edelman SV**, Johnson J, Liu R, Glass L. Two prandial insulin approaches for achieving glycemic control in patients on basal insulin therapy and oral agents alone:  AUTONOMY study [abstract]. International Diabetes Federation - 22nd World Diabetes Congress. 2013.

86.  Polonsky WH, Belton A, Down S, Capehorn M, Gamerman V, Nagel F, Lee J, Clark D, **Edelman SV**. Physicians' challenges when discussing the type 2 diabetes (T2D) diagnosis with patients: insights from a cross-national study (IntroDia™). Diabetes. 2014;63(Suppl 1A):LB14-15.

87.  Polonsky WH, Belton A, Down S, Capehorn M, Gamerman V, Nagel F, Lee J, Clark D, **Edelman SV**. Physicians' challenges when discussing the type 2 diabetes diagnosis with patients: insights from a cross-national study (IntroDia™). American Diabetes Association - 74th Annual Scientific Sessions. 2014;Poster no: 62-LB.

88.  Polonsky WH, Belton A, Down S, Capehorn M, Gamerman V, Nagel F, Lee J, Clark D, **Edelman SV**. US physicians' challenges when presenting and discussing the type 2 diabetes (T2D) diagnosis with patients: insights from the cross-national IntroDia™ study. Diabetes. 2014;63(Suppl 1A):LB14.

89.  Polonsky WH, Belton A, Down S, Capehorn M, Gamerman V, Nagel F, Lee J, Clark D, **Edelman SV**. US physicians' challenges when presenting and discussing the type 2 diabetes diagnosis with patients: insights from the cross-national IntroDia™ study. American Diabetes Association – 74th Annual Scientific Sessions. 2014; Poster: 60-LB.

90.  Polonsky WH, Belton A, Down S, Capehorn M, Gamerman V, Nagel F, Lee J, Clark D, **Edelman SV**. Physicians' challenges when discussing the type 2 diabetes diagnosis with patients: insights from a cross-national study (IntroDia™). Diabetologia 2014: 57[Suppl1]; S424.

91.  **Edelman SV**, Pettus, J.Challenges associated with insulin therapy in type 2 diabetes mellitus. Am J Med. 2014 Oct;127(10 Suppl):S11-6. doi: 10.1016/j.amjmed.2014.07.003.

92.  Capehorn M. Bingham-Gardiner P, Spencer W, Asaro Hassa SW, Belton A, Down S, Gamerman V, Nagel L, **Edelman SV**, Polonsky WH. (2015). Challenges faced by UK physicians when discussing the type 2 diabetes diagnosis with patients: insights from a cross-national study (IntroDia*tm*). Diabetic Medicine 2015;32(S1):202-203.

93.  Kim SR, Lee SJ, Belton A, Down S, Capehorn M, Gamerman V, Nagel F, Lee J, Clark D, **Edelman SV**, Polonsky WH. (2015). Korean Physicians' Challenges when Discussing the Type 2 Diabetes Diagnosis with Patients: Insights from a Cross National Study (IntroDi*tm*)Abstract accepted by KDA, 2015

94.  Polonsky WH, Belton A, Down S, Capehorn M, Gamerman V, Nagel F, Lee J, Clark D **Edelman SV**. Physicians attitudes about patients with type 2 diabetes: insight from a cross national study of early physician-patient communication in type 2 diabetes (IntroDia*tm*). Diabetes 2015;64(Suppl 1A):A216.

95.  Capehorn M, Belton A, Down S, Gamerman V, Nagel F, Lee J, Clark D, **Edelman SV,** Polonsky WH. Physicians-patient communication at prescription of an additional oral agent for type 2 diabetes: link between key conversation elements, physician empathy and patient outcomes – insights from the global IntroDia*tm* Study. Diabetes 2015;64(Suppl 1A):LB63

*96.*  Penfornis A, Le Pape G, Gibelin B, et al. Difficultés rencontrées par les médecins généralistes lors de la communication du diagnostic du diabète de type 2 à leur patients. Résultats de l'enquête IntroDiaTM. (Physicians' challenges when discussing the type 2 diabetes diagnosis with patients: results from the IntroDia™ survey). *[Poster presented: SFD 2015]*

97.  **Edelman SV**, Capehorn M, Belton A, Down S, Alzaid A, Gamerman V, Nagel F, Lee J, Polonsky WH. Physician patient communication at prescription of an additional oral agent for type 2 diabetes: link between conversation elements, physician empathyand

patient outcomes.  Diabetologia. 2015;58(Suppl 1):430.

98. Polonsky WH, Belton A, Down S, Capehorn M, Alzaid A, Gammerman V, Nagel L, Lee J, **Edelman SV**.  Physician patient communication at type 2 diabetes diagnosis and its links to physician empathy and patient outcomes:  new results from the global IntroDia*tm* study.  Diabetologia. 2015;58(Suppl 1):S430.

99. Belton A, Capehorn M, Down S, Alzaid A, Gamerman V, NagelF, Lee J, **Edelman SV**,  Polonsky WH.  Discussing the need for additional oral drugs in type 2 diabetes: link between perceived physician empathy, patient bargaining and self-reported outcomes in the IntroDia*tm* study.  Diabetologia. 2015;58(Suppl 1):S429.

100. Kim S-R, Lee S-J, Belton A, Down S, Capehorn M, Gamerman V, Nagel F, Lee J, **Edelman SV**, Polonsky WH.  Korean physicians' challenges when discussing the need for additional oral medication with type 2 diabetes (T2D) patients: insights from a cross-national study (IntroDia*tm*).  *Abstract accepted by ICDM 2015. [Poster presented: KDA 2015]*

*101.* Block T, Hoevelmann U, Fischer A, Nosek L, Meiffren G, Megret C, Soula R, Gaudier, M, Soula O, Bruce S, Shaefer C, **Edelman SV**.  BioChaperone Combo (BC Combo) reduces post-prandian glucose in type 1 diabetes (T1DM) compared to conventional lispro mix 75/25 (LMx). *Oasis, The Online Abstract Submission System. EASD. March 2016.*

*102.* Heise T, Hoevelmann U, Fischer A, Nosek L, Alluis B, Meiffren G, Megret C, Gaudier M, Soula O, Bruce S, Shaefer C, **Edelman SV**.  BioChaperone Combo Improves Postprandial Glycemia vs. Humalog Mix 75/25 (HMx) in People with Type 1 Diabetes Mellitus (T1DM). *Presented at the American Diabetes Association's 76th Scientific Sessions, June 10–14, 2016, New Orleans, LA*

*103.* **Edelman SV**, Down S, Capehorn M, Belton A, Gamerman V, Weber-Born S, Polonsky W. Physician-Patient Communication at Prescription of an Additional Oral Agent for Type 2 Diabetes (T2D): Link between Conversion Elements, Patient-Perceived Communication Quality (PPCQ), and Self-Reported Outcomes   for

U.S. Patients in the Global IntroDia Study. *Presented at the American Diabetes Association's 76th Scientific Sessions, June 10–14, 2016, New Orleans, LA*

104. Polonsky W, Down S, Capehorn M, Belton A, Gamerman V, Weber-Born S, **Edelman S**. Physician-Patient Communication at Diagnosis of Type 2 Diabetes (T2D) and its Links to Patient-Perceived Communication Quality (PPCQ) and Self-Reported Outcomes: U.S. Results from the Global IntraDia Study. *Presented at the American Diabetes Association's 76th Scientific Sessions, June 10–14, 2016, New Orleans, LA*

105. Berard L, Polonsky W, Bonnemaire M, Mical M, **Edelman SV**, Khunti K. Drivers and Barriers to Optimal Basal Insulin (BI) Titration: Results of a Quantitative Survey. *Presented at the American Diabetes Association's 76th Scientific Sessions, June 10–14, 2016, New Orleans, LA*

106. Carls GS, Huynh J, Tuttle E, **Edelman SV**. Achievement of Glycated Hemoglobin Goals in the U.S. Remains Unchanged Through 2014. *Presented at the American Diabetes Association's 76th Scientific Sessions, June 10–14, 2016, New Orleans, LA*

107. Carls GS, Tan RD, Tuttle E, Yee J, Polonsky WH, **Edelman SV.** Real-World Weight Change Among Patients Treated with GLP-1, DPP4, or SU Therapy for Type 2 Diabetes (T2D) and the Influence of Medication Adherence. *In Press.  Presented at the 52nd EASD Annual Meeting, September 12–16, 2016, Munich, Germany*

108. Bruce S, Heise T, Hoevelmann U, Fischer A, Nosek L, Meiffren G, Megret C, Soula R, Gaudier M, Soula O, Shaefer C, **Edelman SV**. BioChaperone Combo (BC Combo) reduces post-prandial glucose in type 1 diabetes compared to conventional lispro mix 75/25 (LMx) *Presented at the 52nd EASD Annual Meeting, September 12–16, 2016, Munich, Germany*

109. Down S, Bingham-Gardiner P, Pain A, Capehorn M, Belton A, Alzaid A, Gamerman V, Lee J, **Edelman SV**, Polonsky WH . Physician-patient communication at prescription of an additional oral agent for Type 2 diabetes: link between conversation elements, patient-perceived communication quality and patient outcomes for

54

UK patients in the global IntroDia™ study. *Diabetic Med. 2016;33(S1):195-6. [Poster presented: D-UK 2016]*

110. Capehorn M, Bingham-Gardiner P, Pain A, Belton A, Down S, Alzaid A, Gamerman V, Tan A, **Edelman SV**, Polonsky WH . Physician-patient communication at diagnosis of type 2 diabetes and its links to patient-perceived communication quality and patient outcomes: UK results from the global IntroDia™ study. *Diabetic Med. 2016;33(Suppl1):195. [Poster presented: D-UK 2016]*

111. **Edelman SV**, Capehorn M, Down S, et al. Contemplating an additional oral agent for your patient with type 2 diabetes? Consider possible interaction between quality of your conversation with patient's attempts at bargaining and self-reported outcomes -- lessons learned from the Introdia(TM) study. *Endocrine Practice. 2016;22(Suppl 2):86 (Abstract #301). [Oral presentation: AACE 2016].*

112. Luo Y, Ji L, Down S, Belton A, Capehorn M, Polonsky WH, **Edelman SV**, Gamerman V, Emmerson J, Alzaid A. Chinese Physician-Patient Communication at T2D Diagnosis and Links Between Patient-Perceived Communication Quality and Patient Outcomes: Insights From the IntroDia(R) Study . *International Diabetes Federation - 11th Western Pacific Region Congress. 2016*

113. **Edelman SV**, Prager R, Dachuang C, Rea R, Sposeseti G, Schmitt H, Lamkanfi F, Kindracki Z, Glass L. Profiles of Patients with T2DM Needing 1-3 Injections of Prandial Insulin Lispro per Day in the AUTONOMY Trial. *Diabetes, A Journal of the American Diabetes Association, June 2017, Volume 66, Suppl. 1*

114. **Edelman SV,** Ermakova A, Xiong Y, Sieradzan R, Taylor SD. Evaluating persistence of multiple daily injection (MDI) therapy in type 2 diabetes (T2DM) and its impact on clinical and economic outcomes using retrospective claims data. *Advance Technologies & Treatments for Diabetes, February 2019*

115. Jendle J, **Edelman SV**, Dandona P, Mathieu C, Thoren FA, Scheerer MF, Xu J, Langkilde AM. Effect of adding dapagliflozin as an adjunct to insulin on urinary albumin-to-creatinine ratio over 52 weeks in adults with type 1 diabetes. *Advance Technologies & Treatments for Diabetes, February 2019*

116. Zhou FL, Shepherd L, Hunt PR, Preblick R, Paranjape S, **Edelman SV,** Pettus J. Hypoglycemia and Diabetic Ketoacidosis Stratified by Age and Glycemic Control: A Real-World Study of Over 30,000 Adult Patients With Type 1 Diabetes in the US. *Advance Technologies & Treatments for Diabetes, February 2019.*

117. **Edelman SV**, Zhou F, Preblilck R, Verma S, Paranjape S, Davies MJ, JoishVN. Burden of Cardiovascular Comorbidity in US Adults with Type 1 Diabetes. *ADA Scientific session 2019, May 2019.*

118. Chamberlain J, Wood R, Roberts M, **Edelman SV**. Patients with Type 2 Diabetes Are Willing to Do More to Overcome Therapeutic Inertia: Results From a Survey. *ADA Scientific session 2019*