UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA (MIAMI)
CASE NO. 95-CR-314-LENARD

UNITED STATES   OF AMERICA   )
                             )
         v.                  )
                             )
RAUL ISRAEL                  )
_____)

**[PROPOSED] MR. ISRAEL'S RENEWED MOTION FOR COMPASSIONATE RE-LEASE BASED ON NEW EVIDENCE AND RECORDS; OR, IN THE ALTERNATIVE, HIS SECOND MOTION FOR COMPASSIONATE RELEASE; AND HIS UNOPPOSED MOTION FOR EXPEDITED BRIEFING**

This cause having come before the Court on Mr. Israel's motion (DE448), the Court having been fully advised in the premises, it is hereby

ORDERED and ADJUDGED that the Unopposed Motion for Expedited Briefing is GRANTED. The government shall have seven (7) days to file its Response to Mr. Israel's [renewed or second] motion for compassionate release, and Mr. Israel shall have three (3) days to file his Reply.

DONE and ORDERED this ___ day of July 2020, in Miami, Florida.

_____
JUDGE JOAN A. LENARD
UNITED STATES DISTRICT COURT

Cc:   All counsel of record
      Clerk of Court